## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Daniel A. Rostein, | ) | Case No. 11-14185 |
| | ) | |
| | ) | Judge Timothy A. Barnes |
| Debtor. | ) | |

### COVER SHEET FOR APPLICATION FOR
### PROFESSIONAL COMPENSATION

Name of Applicants:  **DiMonte & Lizak, LLC Counsel to Trustee ("D&L")**

Authorized to Provide
Professionals Services to:  **Trustee**

Date of Order Authorizing Employment: June 15, 2011 (effective May 31, 2011)

Period for Which
Compensation is Sought:  **May 31, 2011 through the close of the case**

Amount of Fees Sought:  **$50,000.00[1]**

Amount of Expenses
Reimbursement Sought:  **$275.06**

Total:  **$50,275.06**

This is an _____ Interim Application        __X__ Final Application

If this is not the first application filed herein by the this professional, disclosures as to all prior
fee applications: N/A

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

---

[1]D&L has voluntarily reduced the fees it could have requested from about $56,000.00 to
$50,000.00.  In this regard, many time entries have been adjusted to a zero rate and a further
voluntary reduction from $52,112.00 to $50,000.00 was provided.

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

The amount of fees and expenses paid to the Applicant to date of services rendered and expenses incurred herein is: N/A

Date:   March 29, 2013

Applicant:   _____DiMonte & Lizak, LLC_____

By: _____/s/ Ira P. Goldberg_____

Ira P. Goldberg
ARDC#: 6185512
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600
Fax: 847-698-9623
Email: igoldberg@dimontelaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                              )        Chapter 7
                                    )
     Daniel A. Rostein,             )        Case No. 11-14185
                                    )
                                    )        Judge Timothy A. Barnes
          Debtor.                   )

## FIRST AND FINAL APPLICATION TO THE COURT
## OF DIMONTE & LIZAK, LLC, FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF
## EXPENSES AS COUNSEL FOR THE TRUSTEE

DiMonte & Lizak, LLC ("D&L"), counsel for Richard J. Mason, the trustee ("Trustee") in the above-referenced Chapter 7 proceeding, requests the entry of an order for allowance of final compensation in the amount of $50,000.00[1] and reimbursement of expenses of $275.06. In support thereof, D&L respectfully states as follows:

### I. NARRATIVE SUMMARY

1.      On or about April 4, 2011, Debtor Daniel A. Rostein ("Debtor") filed a voluntary Chapter 7 petition.

2.      Richard J. Mason is the duly appointed and acting Trustee of the estate of the Debtor.

3.      For the convenience of this Court and other parties in interest, summary sheets disclosing additional information, including, but not limited to the following, are attached hereto and incorporated herein as Exhibit **A**.

---

[1]D&L has voluntarily reduced the fees it could have requested from about $56,000.00 to $50,000.00. In this regard, many time entries have been adjusted to a zero rate and a further voluntary reduction from $52,112.00 to $50,000.00 was provided.

1

(a)     Previous requests, if any, for fees and expenses herein;

(b)     Previous awards, if any, of fees and expenses herein;

(c)     Disclosures related to professionals and para-professionals who have worked on this case;

(d)     Calculations of both the blended rates of the attorneys involved in this case as well as a separate calculation of the blended rates of both attorneys and para-professionals; and

(e.)    Disclosures regarding the financial condition of this estate ("Estate").

4.      The normal hourly rates charged by the principals, associates, and the legal assistants of D&L for the period covered by this application is as follows:

Ira P. Goldberg (Developmental Partner)              $310.00-$330.00

## II. CASE STATUS

5.      Professionals have been retained. The attorneys are Ira P. Goldberg and DiMonte & Lizak, LLC, as legal counsel for the Trustee. The accountant for this estate is Barry Steinberg and the accounting firm of Abrams & Steinberg. The Trustee has administered $174,200.00 in this case, out of which, about $94,000.00 has been disbursed leaving about $80,200.00 on hand. Distributions totaling over $59,600.00 have been made to Judith Guitelman ("Guitelman"). A distribution of $21,230.00 was also made to her divorce counsel. Furthermore, $10,000.00 was disbursed to Roberts & Associates to resolve a lien issue related to a property in Hinsdale, Illinois ("Hinsdale Property"), the resolution of which was in accordance with the desires and direction of Guitelman.

## III. PROJECT SUMMARIES

6.      For the time period covered by this application D&L provided a wide variety of legal services to the Trustee. The services which were performed by D&L during such time period are

2

categorized and described in detail on an itemized statement attached hereto and made part of as

Exhibit **B.** At the end of each category, there is a list, for each attorney or paraprofessional who

worked on that matter, of the total number of hours (with dollar value) spent on that matter. The

following is a statistical overview of the services performed by D&L for which it seeks

compensation which includes the approximate hours expended by D&L, the approximate value of

those services and the amount of fees previously received by D&L:

| Name of Services | Approximate | Value | Previous Hours (N/A) | Fees Previously Received (N/A) |
|---|---|---|---|---|
| 1. Case Administration | 3.20 hrs | $746.00 | N/A | N/A |
| 2. Creditors & Claims | 5.40 hrs | $889.00 | N/A | N/A |
| 3. Discovery & Investigation | 14.00 hrs | $4,340.00 | N/A | N/A |
| 4. Sale of Naples, Florida Property | 55.80 hrs | $17,298.00 | N/A | N/A |
| 5. Fee Petition | 4.0 hrs | $1,320.00 | N/A | N/A |
| 6. Closing of Case | 6.0 hrs | $1,980.00 | N/A | N/A |
| 7. Hinsdale Property | 48.80 hrs | $15,203.00 | N/A | N/A |
| 8. Community Bank | 28.70 hrs | $6,695.00 | N/A | N/A |
| 9. Turnover Motion | 11.50 hrs | $3,641.00 | N/A | N/A |
| **TOTAL** | **177.40 hrs** | **$52.112.00**[2] | **N/A** | **N/A** |

7.    The following is a factual summary of the services provided and in certain cases the

results achieved from on or about May 31, 2010 through the anticipated closing of this case:

(a)    **Case Administration:** D&L expended 3.20 hours of time related to this category.

The work in this category includes, but is not limited to, preparing and appearing on motions to

---

[2]See footnote 1.

3

retain counsel, an accountant, and corresponding with the Trustee and his paralegal about the status of the case. **A couple time entries related to this category of work were billed at a zero rate. Accordingly, the hourly rate billed for this category is under $234.00.** Detailed time entries related to the compensation sought for Case Administration are contained in Exhibit **B**.

    (b)    **Creditors and Claims:** D&L expended 5.40 hours of time related to this category of work. The work in this category includes, but is not limited to, reviewing certain claims filed on ECF, primarily at no charge to the Estate, conferring with parties in interest, negotiating the amendment of the Roberts & Associates claim from a secured to an unsecured claim, and corresponding with Trustee and his paralegal regarding certain claims and related work. **Many time entries related to this category of work were billed at a zero rate. Accordingly, the hourly rate billed for this category is under $165.00.** Detailed time entries related to the compensation sought for Creditors and Claims are contained in Exhibit **B**.

    (c)    **Discovery and Investigation:** D&L expended 14.00 hours of time related to this category of work. The work in this category includes, but is not limited to, investigating the potential assets in this case. This work, among other things, laid the foundation for the estate to receive funds regarding tax refunds; the Naples & Hinsdale Properties, and monies from Community Bank. Detailed time entries related to the compensation sought for Discovery and Investigations are contained in Exhibit **B**.

    (d)    **Sales of Naples, Florida Property:** D&L expended 55.80 hours of time related to this category of work. The work in this category includes, but is not limited to, emergency work in an attempt to keep the sale of a property in Naples, Florida ("Naples Property") from falling apart for the benefit of both this Estate and its main creditor, Guitelman, the Debtor's former wife. This work

4

was done at the request of Guitelman and included, but was not limited to, interfacing with parties

representing Guitelman as the seller of the Naples Property and parties representing the buyers;

dealing with lien issues that were impairing the ability to sell the property including, but not limited

to, lien claims asserted by Roberts & Associates, perhaps in violation of the automatic stay.

Ultimately, although the seller was not per se the bankruptcy estate, the Trustee was required by the

buyers to obtain an order from the bankruptcy court which, among other things, authorized the sale.

Extensive efforts were required, which resulted in Guitelman ultimately receiving over $59,600.00

in funds, her divorce counsel receiving $21,230.00 and the Estate ultimately retaining about

$53,600.00 in funds related to the Naples Property. The actions taken by the Trustee were

undertaken based, among other things, upon the requests of Guitelman, as a major creditor of this

Estate, to help facilitate the sale. The Trustee and his counsel bent over backwards and against all

odds were able help consummate that sale to the benefit of this Estate and to the benefit of

Guitelman. The Trustee also resurrected the sale after the proposed buyers, the Talberts, terminated

it. The Trustee's counsel also dealt with numerous glitches, including, but not limited to, a glitch

regarding the Naples Property address and obtaining updated court orders regarding same.

Thereafter the Trustee's counsel also worked out distribution issues relating to the Estate's share and

Guitelman's share of the proceeds and prepared and presented appropriate motions and orders

authorizing the distribution of proceeds and also dealt with the Debtor's objections to that motion

and ultimately worked out a draft order to meet the concerns of the Debtor and Guitelman. Detailed

time entries related to the compensation sought for Sale of Naples, Florida Property are contained

in Exhibit **B**.

(e)    **Fee Petitions:** D&L, as of March 13, 2013, expended 4.00 hours of time related to

this category of work. The work in this category includes, but is not limited to, the initial work on

5

this first and final fee application. Detailed time entries related to the compensation sought for Fee Petitions are contained in Exhibit **B**.

(f)   **Closing of Case:** D&L has partially expended and anticipates expending at least 6 hours of time related to this category of work. The work in this category involves and is anticipated to primarily involve the following: 1) additional work related to this application and the presentation thereof; 2) discussions with the Trustee and parties in interest related to the closing of this case, 3) appearances in court related to the closing of this case, and 4) additional time regarding claim issues[3]. Detailed time entries related to the compensation sought for Closing of Case are contained in Exhibit **B**.

(g)   **Hinsdale Property:** D&L expended 48.80 hours of time related to this category of work. The work in this category includes, but is not limited to, preparing, at the request of Guitelman through her divorce counsel, a motion to authorize the continued marketing of the Hinsdale Property ("Marketing Motion"); drafting an affidavit for the proposed broker, T. Anderson, and a related order; investigating the Hinsdale Property and the lien claims asserted related thereto; investigations regarding the tax basis in the Hinsdale Property and interface with the Estate's accountant on that issue; investigations regarding the lien claims of Roberts & Associates related to the Hinsdale Property; and, at the request of David Grochocinski, who came in as bankruptcy counsel for Guitelman, continuing that matter numerous times; negotiations with David Grochocinski, on behalf of Guitelman, in an attempt to resolve this Estate's interests related to the Hinsdale Property, which ultimately resulted in the withdrawal of the Marketing Motion and the negotiation of a sale motion

---

[3] D&L estimates it has or will expend over 6.0 hours of time related to this category of work. This category of work will likely exceed 6.0 hours. This is not a case where things have gone easily.

6

whereunder the claims of Roberts & Associates were relegated to an unsecured status, after the payment of about $10,000.00, and the claims of Guitelman, against the Estate, were reduced to a $100,000.00 support claim (See Dkt. #57, at paragraph 3); investigating potential credits due to the Debtor from Roberts & Associates regarding spa treatments; investigating the Debtor's interest in the Hinsdale Property, which appeared to be 60% to Guitelman and 40% to the Estate/Debtor; and ultimately negotiating a settlement between the Estate, Guitelman and Roberts & Associates related thereto. The right, title and interest of the Estate in the Hinsdale Property was transferred to Judith Guitelman, subject to the lien claims of PNC Mortgage. Among other things, this compromise resulted in an agreement that D&L's fees would not exceed 50% of the funds that were ultimately administered by the Estate (See Dkt. #57, at paragraph 5). This settlement also resulted in the subordination of support and maintenance claims of Guitelman and her professionals to those of the professionals of this Estate (See Dkt. #57, at paragraph 4.) Detailed time entries related to the compensation sought for Hinsdale Property are contained in Exhibit **B**.

(h)     **Community Bank:** D&L expended 28.90 hours of time related to this category of work. Many of these time entries have been adjusted to a zero rate. The work in this category includes, but is not limited to, research and discovery related to the potential claims against Community Bank, extensive negotiations with Community Bank, and ultimately preparing and successfully presenting a motion to resolve this controversy which ultimately resulted in the Estate receiving $13,500.00 and Community Bank waiving a claim of about $256,000.00 against the Estate (See Dkt. #68). Since said settlement was only $13,500.00, D&L has limited its request for compensation related to this category of work to under $6,700.00. **Many time entries related to this category of work were billed at a zero rate. Accordingly, the hourly rate billed for this**

7

**category is under $234.00.** Detailed time entries related to the compensation sought for Community Bank are contained in Exhibit **B**.

(i)       **Turnover Motion:** D&L expended 11.5 hours of time related to this category of work. The work in this category includes, but is not limited to, investigating the Debtor's utilization of certain tax refund monies apparently to pay college expenses related to his daughter and ultimately resolving that issue via the Estate receiving in excess of $16,200.00 from the Debtor over a period of time; preparing a turnover motion and related orders regarding same; appearing at several statuses regarding same until after the point in time the Estate received full payment of the funds at issue. Detailed time entries related to the compensation sought for Turnover Motion are contained in Exhibit **B**.

8.       All of the services referred to hereinabove were reasonably necessary to be performed in order that:

(a)       The interest of the estate and its creditors be adequately represented and defended; and

(b)       To maximize the recovery to this estate and its creditors.

## IV. COMPUTATION OF COMPENSATION

9.       D&L, pursuant to paragraph 5 of the Order Approving Sale of the Hinsdale Property, has agreed that its fees shall not exceed 50% of the funds administered by this Estate. This Estate has administered funds totaling about $174,200.00. Even if the funds disbursed to Guitelman and her accountant to date are excluded, about $93,400.00 will have been administered.[4]

---

[4]Those distributions should not be excluded for purposes of the 50% cap, since said funds were clearly administered and also the services related thereto provided substantial benefits to

10.    The services performed from May 31, 2011 through the anticipated closing of this case required and are anticipated to require a total time expenditure of over 177.4 hours on the part of one or more of the principals, associates and legal assistants of D&L. The services which D&L is seeking compensation are set forth with particularity at Exhibit **B.** Based on the nature, the extent and value the services for which D&L is seeking compensation, the time spent on such services and cost of comparable services other than those in the case under this title, such services have a value of at least $56,000.00, however D&L has agreed to limit its compensation request to $50,000.00.

## V. EXPENSES

11.    In addition, D&L incurred certain reasonable necessary additional expenses during its representation of the Trustee in the amount of $275.06 (A file set up fee of $25.00 has been written off).  See Exhibit **C**.  Moreover, as an additional overview for the court, D&L provides the following information respecting the method it uses to record and charge various types of expenses:

(a)    **Telecopier Transmittals**: D&L does not charge for telecopier transmittals unless they are extraordinary.

(b)    **Delivery Services:** Any persons wishing to engage either local messenger or overnight services must fill out a delivery service slip, which requires the inclusion of client and matter numbers.  These slips are then sent to the D&L accounting department, where the data is entered by client and matter number into the D&L computer.  D&L's delivery charges are for actual out-of-pocket expenses only.

---

Guitelman.  Nonetheless, D&L has adjusted numerous time entries to a zero rate and provided a further reduction thereby resulting in $50,000.00 being requested, as opposed to a sum that could have been about $56,000.00.

9

(c)  **Photocopying**: Photocopying may be accomplished in one of two ways at D&L. There are photocopying machines, controlled by computer key pads on every floor. Small copying jobs are not charged. For larger jobs, the person wishing to make copies bills it to the client and matter number to which the job must be charged. Large copying jobs are usually sent to an outside copy service. D&L traditionally charges 0.20¢ per page for photocopying. D&L has, if applicable, written down that charge to 0.10¢ per page herein.

(d)  **Long distance telephone**: Long distance telephone calls are not charged unless extraordinary.

## VI. CERTIFICATION

12.  D&L certifies that the Trustee has received and reviewed this application for compensation and reimbursement of expenses. D&L also certifies that the Trustee has approved this application.

## VII. SERVICE

13.  This matter will be noticed for hearing along with the final report.

**WHEREFORE,** D & L prays that an Order be entered respecting this application, after such notice and hearing as is required by the Court:

(a)  Granting a first and final allowance of D&L respecting services first requested in this Application in the amount of $50,000.00 and reimbursement of expenses to D&L respecting expenses first requested in this Application in the amount of $275.06 (collectively, the "Allowance").[5]

(b)  Authorizing and directing the Trustee to pay the Allowance; and

---

[5]See footnote 1.

10

(c)    Granting such other and further relief as this Court deems just and equitable.

Dated: March 29, 2013

Respectfully Submitted,

DiMonte & Lizak, LLC

By: /s/ Ira P. Goldberg
Ira P. Goldberg, One of its agents

Ira P. Goldberg (ARDC# 6185512)
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: igoldberg@dimontelaw.com

11

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|  | ) |  |
| Daniel A. Rostein, | ) | Case No. 11-14185 |
|  | ) |  |
|  | ) | Judge Timothy A. Barnes |
| Debtor. | ) |  |

## SUMMARY OF DIMONTE & LIZAK, LLC'S
## FEE APPLICATION AND ADDITIONAL DISCLOSURES

| | | |
|---|---|---|
| 1. | Name of Applicant: | DiMonte & Lizak, LLC |
| 2. | Role of Applicant: | Counsel for Trustee |
| 3. | Name of Certifying Professional: | Ira P. Goldberg |
| 4. | Name of Person/Entity Reviewing Petition: | Richard J. Mason, Trustee |
| 5. | Result of Petition Review: | _X_ Approved ____ Disapproved |
| 6. | Explanation of Disapproval: | Not Applicable |
| 7. | Is Compensation Being Sought Pursuant to 11 U.S.C. § 503(b)? | ____ Yes _X_ No |
| 8. | Terms of Employment | Hourly rates/ 11 U.S.C. § 330, et seq. As per court order. |
| 9. | Promised Payment: | N/A |
| 10. | Source(s) of Compensation: | Monetary recoveries of the Estate. |
| 11. | Terms of Any Retainer: | N/A |
| 12. | Applicable caps on compensation or other charges: | N/A |

**EXHIBIT A**

13.   Is compensation being
sought less than 120 days
after the order for relief:               ____Yes  _X_ No

14.   Date and terms of order,
if any, allowing shortened
interval for fee petitions:         N/A

15.   Date of Fee Application:         At final meeting

16.   Dates of Services             May 31, 2011 through
Reimbursement Sought:       and including the closing of this case

17.   Total Gross Amount of
Requested Professional
Fees (from Exhibit B)           $50,000.00

18.   Remaining Non-Awarded
Fee Retainer Received          N/A

19.   Remaining Non-Awarded
Professional Fee Payments
From Other Sources             N/A

20.   TOTAL "NET" AMOUNT
OF REQUESTED
PROFESSIONAL FEE          $50,000.00

21.   Total Gross Amount of Requested
Reimbursement of Disbursements
and Expenses (from Exhibit B)      $275.06

22.   Remaining Non-Awarded
Cost Retainer Received          $ N/A

23.   Remaining Non-Awarded
Other Cost Payments           $ N/A

24.   TOTAL "NET" AMOUNT
OF REQUESTED
DISBURSEMENT            $275.06

25.   TOTAL NET REQUESTED
AWARD (FEES & COSTS

FOR  FEE APPLICATION)                    **$50,275.06**

## CASE INFORMATION

| | | |
|---|---|---|
| 1. | Date Case Filed: | April 4, 2011 |
| 2. | Date of Order Approving Professional Employment: | June 15, 2011 (effective May 31, 2011) |
| 3. | Date Services Commenced: | On or about May 31, 2011 |
| 4. | Date(s) and Source(s) of Retainer: | N/A |
| 5. | Total Amount of Fee Retainer Received: | N/A |
| 6. | Total Amount of Cost Retainer Received: | N/A |
| 7. | Date of Disclosure of Compensation (FRBP 2016): | N/A |
| 8. | Date Plan Filed: | N/A |
| 9. | Date Disclosure Statement Filed: | N/A |
| 10. | Expected Date of Plan Filing: | N/A |
| 11. | Expected Date of Disclosure Statement Filing: | N/A |
| 12. | Have All Quarterly Fees Been Paid to the United States Trustee?: Explanation: | N/A |
| 13. | Have all monthly operating reports been filed?: Explanation: | N/A |
| 14. | Cash on Hand | Approx. $80,200.00 |

15.  Unencumbered Funds on Hand                    Approx. $80,200.00

16.  Accrued Administrative Expenses               $ Unknown
        a.   Attorney Fees
             and Expenses:               $ Unknown - Fee Applications Pending

        b.   DIP Obligations:                       $ NONE

        c.   Accountants Fees
             and Expenses                           $ Undetermined

        d.   Requested Chapter
             7 Trustee Fee                          $ Undetermined

        e.   Chapter 11
             Trustee Fee                            $ N/A

        f.   Other:                                 $ Total unknown

17.  Total Prior Interim
     Professional Fees Awarded                      $ N/A

18.  Total Prior Interim
     Expenses Awarded:                              $N/A

19.  Total Professional Fee
     Payments From Other Sources:                   $N/A

        (a)   (Date: _____; $_____)

20.  Total Cost Payments From
     Other Sources:                                 $N/A

        (a)   (Date: _____; $_____)
        (b)   (Date: _____; $_____)

## EXHIBIT A - SUMMARY SHEET

In Re:                      )
                            ) Chapter 7
Daniel A. Rostein,          ) 11-14185
                            )
                            )
Debtor.                     ) Hon. Timothy A. Barnes
                            ) Bankruptcy Judge

| | |
|---|---|
| Fees Previously Requested | $-0- |
| Fees Previously Awarded | $-0- |
| Expenses Previously Requested | $-0- |
| Expenses Previously Awarded | $-0- |
| Retainer Paid | $-0- |
| NAME OF APPLICANT: | DiMonte & Lizak, LLC |
| ROLE IN THE CASE: | Role in Case: Counsel for the Trustee |

CURRENT APPLICATION:

| | |
|---|---|
| Fees Requested: | $50,000.00 |
| Expenses Requested: | $    275.06 |
| Total: | $50,275.06 |

### FEE APPLICATION

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE |
|---|---|---|---|
| TOTAL APPLICATION | | | |
| | | | |
| Total: | | | |

### ATTORNEYS

| | | | | |
|---|---|---|---|---|
| Ira P. Goldberg (Developmental Partner) | 1983 | 177.40 | $310.00-$320.00 | $52,112.00 |
| Total: | | 177.40 | | $52,112.00[1] |

| | |
|---|---|
| Voluntarily Reduced to: | $50,000.00 |
| **TOTAL BLENDED HOURLY RATE:** | $281.85 |

---

[1] Voluntarily reduced to $50,000.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 19, 2013

RICHARD MASON, TRUSTEE
DANIEL A ROSTINE BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#   0
Client#   ROSTD1        00001
Billing through   03/19/2013

---

**CASE ADMINISTRATION**
**CHAPTER 7    11 B 14185**
**DANIEL A. ROSTEIN**

EXHIBIT
B

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

PROFESSIONAL SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| IPG | 06/02/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 06/02/2011 | IPG | Work on retention motion, affidavit and draft order for accountant(.40) and DiMonte & Lizak(.60) | 1.00 hrs. | | | 310.00 |
| IPG | 06/03/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 06/03/2011 | IPG | Work on draft retention Motion for D&L(.40) and accountant(.20). No charge has been made for this time. | 0.60 hrs. | | | 0.00 |
| IPG | 06/08/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 06/08/2011 | IPG | Finalize retention Motions for D&L(.40) and accountant(.20) for service and filing | 0.60 hrs. | | | 186.00 |
| IPG | 03/19/2013 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 06/16/2011 | IPG | Review retention orders received on ECF today for D&L and Accountant(.10); correspond with B Steinberg and R Mason regarding same(.10). No charge has been made for this time. | 0.20 hrs. | | | 0.00 |
| IPG | 08/11/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/11/2011 | IPG | Confer with R Mason about case status inclusive of: Naples, Hinsdale, tax refund issue, Spa and Medical Practice | 0.20 hrs. | | | 62.00 |
| IPG | 09/08/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/08/2011 | IPG | Preparation to discuss case status with the Trustee, Richard Mason(.20); confer with R Mason regarding same and suggestions regarding Hinsdale and other related matters(.20) | 0.40 hrs. | | | 124.00 |
| IPG | 08/17/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 08/17/2012 | IPG | Review file concerning(.10) and Correspond with K McFarland to request form 1's and 2's(.10); | 0.20 hrs. | | | 64.00 |

ROSTD1     ROSTEIN, DANIEL A                          Invoice#  0                    Page  2

TOTAL PROFESSIONAL SERVICES                        $746.00

<u>Billing Summary</u>
Total professional services                        $746.00
Total of new charges for this invoice              $746.00

------------------------------

**Total balance now due**                        **$746.00**

        IPG                        3.20      233.13        $746.00

                                   3.20                    $746.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 19, 2013

RICHARD MASON, TRUSTEE
DANIEL A ROSTINE BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#   0
Client#   ROSTD1      00002
Billing through   03/19/2013

---

**CREDITORS & CLAIMS**
**CHAPTER 7   11 B 14185**
**DANIEL A. ROSTEIN**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

<u>PROFESSIONAL SERVICES</u>

| | | | | | | |
|---|---|---|---|---|---|---|
| IPG | 07/01/2011 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 07/01/2011 | IPG | Review e-mail from Doug Gannett from Lyon Around LLC (.10); responded to same to the effect that other claims could prime it and that they would have to file a proof of claim (.10); correspond with R Sitkowski regarding same (.10) | 0.30 hrs. | | | 93.00 |
| IPG | 07/08/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 07/08/2011 | IPG | Review ECF notices and instruct D Becker to update the file accordingly. No charge has been made for this time. | 0.20 hrs. | | | 0.00 |
| IPG | 07/21/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 07/21/2011 | IPG | Reviewing Bensfield Proof of Claim received on ECF and compare same to schedules. No charge has been made for this time. | 0.40 hrs. | | | 0.00 |
| IPG | 07/26/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 07/26/2011 | IPG | Review claim of Porsche Financial Services received on ECF today and compare same to schedules. No charge has been made for this time. | 0.20 hrs. | | | 0.00 |
| IPG | 08/03/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/03/2011 | IPG | Review three Chase proof of claims received on ECF and compare same to schedules.  No charge has been made for this time. | 0.40 hrs. | | | 0.00 |
| IPG | 08/10/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/10/2011 | IPG | Review Proof of claim from the Medical Insurance Company and compare same to schedules. No charge has been made for this time. | 0.20 hrs. | | | 0.00 |
| IPG | 09/19/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/19/2011 | IPG | Review claim received on ECF from GE | 0.20 hrs. | | | 62.00 |

Money(.10 - no charge) and compare same to
schedules(.10 - no charge); review file related to
bar date and correspond with D Grochocinski
regarding same(.20)

| IPG | 09/22/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
|---|---|---|---|---|---|---|
| 09/22/2011 | IPG | Review claim 8 filed by American Express and compare same to schedules. No charge has been made for this time. | 0.20 hrs. | | | 0.00 |

| IPG | 09/27/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
|---|---|---|---|---|---|---|
| 09/27/2011 | IPG | Review claim 9 by American Express and compare to schedules. No charge has been made for this time. | 0.20 hrs. | | | 0.00 |

| IPG | 10/05/2011 | | 0.70 | 0.70 | 310.00 | 217.00 |
|---|---|---|---|---|---|---|
| 10/05/2011 | IPG | Initial review of claims 11 thru 16(.60 - no charge); reviewing correspondence to J Lapinsky regarding Roberts and Associates claim(.10) | 0.10 hrs. | | | 31.00 |

| IPG | 10/06/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 10/06/2011 | IPG | Correspond with J Lapinsky about the proof of Roberts and Associates claim and the Estate's request that it be amended | 0.40 hrs. | | | 124.00 |

| IPG | 10/06/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 10/06/2011 | IPG | Review POC of Community Bank received on ECF and compare same to schedules(.20) review POC of ECF and compare same to schedules(.20). No charge has been made for this time. | 0.40 hrs. | | | 0.00 |

| IPG | 10/12/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 10/12/2011 | IPG | Correspond with D Grochocinski regarding the Roberts and Associates claim | 0.40 hrs. | | | 124.00 |

| IPG | 10/17/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
|---|---|---|---|---|---|---|
| 10/17/2011 | IPG | Confer with J Lapinsky who indicated they would be amending the Roberts and Associates claim to not claim an interest as a secured creditor in the proceeds of Naples(.10); correspond with D Grochocinski regarding same and to urge them to talk(.10) | 0.20 hrs. | | | 62.00 |

| IPG | 11/16/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
|---|---|---|---|---|---|---|
| 11/16/2011 | IPG | Review correspondence from J Lapinsky regarding request to amend claim of Roberts and Associates | 0.10 hrs. | | | 31.00 |

| IPG | 11/29/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 11/29/2011 | IPG | Reviewing claims docket. No charge has been made for this time. | 0.40 hrs. | | | 0.00 |

| IPG | 09/19/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
|---|---|---|---|---|---|---|
| 09/19/2012 | IPG | Review order modifying stay related to certain divorce proceedings other than the division of property | 0.10 hrs. | | | 32.00 |

| IPG | 03/07/2013 | | 1.00 | 1.00 | 330.00 | 330.00 |
|---|---|---|---|---|---|---|
| 03/07/2013 | IPG | Reviewing priority claims(.60) and correspond with R Mason and K McFarland regarding same and the effects of various orders on alleged secured | 1.00 hrs. | | | 330.00 |

ROSTD1        ROSTEIN, DANIEL A                          Invoice#    0                Page  3

and priority claims(.40)

## TOTAL PROFESSIONAL SERVICES                                   $889.00

<u>Billing Summary</u>
Total professional services                    $889.00
Total of new charges for this invoice          $889.00


**Total balance now due**                       **$889.00**


IPG                            5.40      164.63            $889.00

                               5.40                       $889.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 19, 2013

RICHARD MASON, TRUSTEE
DANIEL A ROSTINE BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#  ROSTD1      00003
Billing through  03/19/2013

**GENERAL DISCOVERY & INVESTIGATION**
**CHAPTER 7    11 B 14185**
**DANIEL A. ROSTEIN**

Payments received since last invoice                     $0.00

Balance brought forward                                  $0.00

PROFESSIONAL SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| IPG | 05/31/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 05/31/2011 | IPG | Initial consultation with R Mason about the case(.20); confer with R Mason and Tim Daw counsel for the former wife(.20); checking bankruptcy file(.60); initiation of conflicts check (no charge for this portion of the entry) | | 1.00 hrs. | | 310.00 |
| IPG | 06/01/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 06/01/2011 | IPG | Continued review of file on line | | 1.00 hrs. | | 310.00 |
| IPG | 06/03/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 06/03/2011 | IPG | Confer with D Corbett requesting tax returns for businesses, balance sheets, income statements and information regarding Community Bank | | 0.50 hrs. | | 155.00 |
| IPG | 06/04/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 06/04/2011 | IPG | Reviewing file regarding potential assets | | 0.40 hrs. | | 124.00 |
| IPG | 06/08/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 06/08/2011 | IPG | Correspond with T Daw, divorce counsel for Judith Guitelman, regarding the Hinsdale Property and other matters | | 0.40 hrs. | | 124.00 |
| IPG | 06/10/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 06/10/2011 | IPG | Reviewing file concerning(.20) and confer with T Daw about potential assets in case and Naples Property(.20) | | 0.40 hrs. | | 124.00 |
| IPG | 06/17/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 06/17/2011 | IPG | Reviewing file(.40) and correspond with J Corbett, debtors counsel, about certain information he advised they would provide and other matters regarding potential assets(.20) | | 0.60 hrs. | | 186.00 |
| IPG | 07/25/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |

ROSTD1      ROSTEIN, DANIEL A                                Invoice#   0              Page 2

| | | | | | |
|---|---|---|---|---|---|
| 07/25/2011 | IPG | Correspond with Debtor's counsel regarding other information desired on among other things the medi-spa and the medical practice and the debtor's intentions in regards to same | 0.20 | hrs. | 62.00 |
| **IPG** | **08/10/2011** | | **0.20** | **0.20** | **310.00** | **62.00** |
| 08/10/2011 | IPG | Discuss with J Corbett debtor's receipt of tax refund, disposition to pay tuition of daughter and need for turnover of those funds to the estate | 0.20 | hrs. | 62.00 |
| **IPG** | **08/12/2011** | | **0.10** | **0.10** | **310.00** | **31.00** |
| 08/12/2011 | IPG | Correspond with J Corbett regarding requests for information on the spa, medical practice and other matters | 0.10 | hrs. | 31.00 |
| **IPG** | **08/15/2011** | | **0.20** | **0.20** | **310.00** | **62.00** |
| 08/15/2011 | IPG | Reviewing file(.10); Follow up with D Grochocinski regarding inquiries concerning Naples and Hinsdale Properties(.10) | 0.20 | hrs. | 62.00 |
| **IPG** | **08/16/2011** | | **0.80** | **0.80** | **310.00** | **248.00** |
| 08/16/2011 | IPG | Reviewing file concerning outstanding request to J Corbett related to financial information for the Spa and the medical practice, Community Bank information and the Tax Refund information(.40); correspond with J Corbett to request same and also to inquire about whether he supports a 60/40 split of the $2917.10(.40) | 0.80 | hrs. | 248.00 |
| **IPG** | **08/23/2011** | | **0.10** | **0.10** | **310.00** | **31.00** |
| 08/23/2011 | IPG | Correspond with J Corbett about financial information and tax returns requested on the MediSpa and the current medical practice | 0.10 | hrs. | 31.00 |
| **IPG** | **08/25/2011** | | **0.20** | **0.20** | **310.00** | **62.00** |
| 08/25/2011 | IPG | Follow up with D Grochocinski regarding practice and Medispa | 0.20 | hrs. | 62.00 |
| **IPG** | **09/01/2011** | | **0.20** | **0.20** | **310.00** | **62.00** |
| 09/01/2011 | IPG | Correspond with J Corbett about request for remittance of monies received for tax refunds and to inquire about financial and tax returns for MediSpa and Practice | 0.20 | hrs. | 62.00 |
| **IPG** | **09/07/2011** | | **0.20** | **0.20** | **310.00** | **62.00** |
| 09/07/2011 | IPG | Review file regarding open issues with the debtor inclusive of tax refunds, certain financial information for the practice and MediSpa and related tax returns(.20); left message for J Corbett regarding outstanding requests(no charge for this small portion of the entry) | 0.20 | hrs. | 62.00 |
| **IPG** | **09/15/2011** | | **0.80** | **0.80** | **310.00** | **248.00** |
| 09/15/2011 | IPG | Review file concerning(.20) and correspond with J Corbett concerning tax refund and stock interests(.10); review response from J Corbett(.10); drafted e-mail to same requesting turnover of any tax refunds rooted in prepetition payments, further information on the Practice and the MediSpa, and | 0.80 | hrs. | 248.00 |

ROSTD1      ROSTEIN, DANIEL A                                Invoice#   0                Page  3

information concerning Community Bank(.40)

| IPG | 09/16/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 09/16/2011 | IPG | Reviewing file(.20) and left message for J Corbett regarding tax refunds, and stock interests(no charge for last portion of this entry); review correspondence from B Steinberg regarding real estate, and stock interests(.10); follow up with B Steinberg related to same(.10) | | 0.40 | hrs. | 124.00 |
| IPG | 09/19/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/19/2011 | IPG | Reviewing schedules concerning potential assets | | 0.40 | hrs. | 124.00 |
| IPG | 09/19/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 09/19/2011 | IPG | Review correspondence from J Corbett regarding tax refund issue(.10); correspond with J Corbett to inquire further about same and to request turnover of funds(.20); review e-mail from J Corbett regarding same(.10); correspond further with same asking the debtor to provide a schedule for the prompt repayment of the $14K plus in funds to the estate(.10) | | 0.50 | hrs. | 155.00 |
| IPG | 09/21/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 09/21/2011 | IPG | Follow up with J Corbett to suggest payment schedule for the $14K and change and to inquire about other matters related to the MediSpa and the Practice | | 0.60 | hrs. | 186.00 |
| IPG | 09/28/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/28/2011 | IPG | Correspond with D Grochocinski regarding stock issues and other matters and to request his client's input regarding same | | 0.40 | hrs. | 124.00 |
| IPG | 10/05/2011 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 10/05/2011 | IPG | Correspond with D Grochocinski regarding various open items, inclusive of Hinsdale Property, Roberts claim, support claims he filed, and stock interests(.40); correspond with J Corbett regarding tax refund and other open items(.30) | | 0.70 | hrs. | 217.00 |
| IPG | 10/11/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 10/11/2011 | IPG | Review file concerning(.10) and correspond with J Corbett regarding tax refund repayment and other issues(.10) | | 0.20 | hrs. | 62.00 |
| IPG | 10/17/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 10/17/2011 | IPG | Review correspondence from J Corbett related to the Medi-Spa and the Practice(.10); correspond further with same concerning the Medi-Spa and the Practice(.20) and the $14K tax refund monies to inquire as to the debtor's plans to repay said sum to the estate(.20) | | 0.50 | hrs. | 155.00 |
| IPG | 10/20/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 10/20/2011 | IPG | Review file concerning(.10) and follow up with J Corbett regarding the $14K plus due from the debtor(.10) | | 0.20 | hrs. | 62.00 |

ROSTD1      ROSTEIN, DANIEL A                          Invoice#   0              Page   4

| IPG | 10/25/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
|-----|------------|---|------|------|--------|--------|
| 10/25/2011 | IPG | Review e-mail and cover letter from J Corbett dated 10/24/11(.40); drafted e-mail to same advising that the offer was not acceptable and that nothing short of the return of the $14,453 without any undertakings or representations by the Trustee would be acceptable(.40)(more time expended than billed) | 0.80 | hrs. | | 248.00 |
| IPG | 10/25/2011 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 10/25/2011 | IPG | Reviewing file concerning potential claims(.20); correspond with J Corbett to inquire if there is a claim against Community Bank Oak Park River Forest(.10) | 0.30 | hrs. | | 93.00 |
| IPG | 11/09/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 11/09/2011 | IPG | Review file concerning(.10) and Correspond with J Corbett regarding Community Bank(.10); review file concerning(.10) and correspond with J Corbett about $14K tax refund(.10) | 0.40 | hrs. | | 124.00 |
| IPG | 11/10/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 11/10/2011 | IPG | Review correspondence from J Corbett regarding $14,423 in tax refund monies(.10); respond to same(.10) | 0.20 | hrs. | | 62.00 |
| IPG | 11/16/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 11/16/2011 | IPG | Follow-up with J Corbett regarding on what frequency the debtor will repay the $14K plus | 0.10 | hrs. | | 31.00 |
| IPG | 11/22/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 11/22/2011 | IPG | Review file regarding $14,453 of tax refund monies for 2010(.40); correspond with J Corbett concerning same and the portion of any 2011 tax refunds that may be due to the estate(.20) | 0.60 | hrs. | | 186.00 |
| IPG | 12/28/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 12/28/2011 | IPG | Review file concerning(.30) and correspond with J Corbett to request landlord information for Medi-Spa and Practice and a disclosure of the connections, if any, of the Landlord to the Debtor(.10) | 0.40 | hrs. | | 124.00 |

TOTAL PROFESSIONAL SERVICES                    $4,340.00

Billing Summary
Total professional services                    $4,340.00
Total of new charges for this invoice          $4,340.00

_____

**Total balance now due**                      **$4,340.00**


IPG                          14.00    310.00      $4,340.00

                             14.00                $4,340.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 19, 2013

RICHARD MASON, TRUSTEE
DANIEL A ROSTINE BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#   ROSTD1        00011
Billing through  03/19/2013

## SALE / NAPLES FLORIDA PROPERTY
## CHAPTER 7   11 B 14185
## DANIEL A. ROSTEIN

Payments received since last invoice                     $0.00

Balance brought forward                                  $0.00

## PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| IPG | 06/01/2011 | | 3.70 | 3.70 | 310.00 | 1,147.00 |

| 06/01/2011 | IPG | Review of certain correspondence related to Naples Property(2.00); drafted e-mail to J Morey regarding request that net proceeds(without payment of divorce professionals fees and expenses) be turned over to R Mason, inclusive of Guitelman's share(.60); review responsive e-mail from J Morey, counsel handling the closing in Florida(.10) and correspond further with same(.10); confer with R Laubenstein regarding same(.10); correspond with T Daw about Trust and other issues(.50); review correspondence from D Jaeschke former divorce counsel for the debtor(.10);correspond with D Jaeschke regarding their refusal to let the transaction close without payment or bond over(.20) | 3.70  hrs. | 1,147.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 06/02/2011 | | 3.90 | 3.90 | 310.00 | 1,209.00 |

| 06/02/2011 | IPG | Naples Property-Review correspondence from R Stetler(.40); Confer with R Stetler counsel for the buyer regarding Roberts & Associates and related issues(.40); follow up with same responding to several e-mails(.40); confer with Danielle Jaeschke of Roberts & Associates to advise, among other things, that they have exposure for stay violations et. al. and that their lien claim is invalid(.40); correspond with D Jaeschke regarding same(.40); confer with R Mason regarding positions of seller who desires that the lien claim be released(.40); correspond with T Daws regarding same(.40); review e-mails from T Daws, counsel for the | 3.90  hrs. | 1,209.00 |

former Mrs. Rostein(.20); correspond further with
D Jaeschke and urged J Lipinsky to call my
office(.10); confer with J Lipinsky on behalf of
Roberts & Associates(.40); correspond with James
Morey and review correspondence from same(.40)

| IPG | 06/03/2011 | | 3.40 | 3.40 | 310.00 | 1,054.00 |
|---|---|---|---|---|---|---|
| 06/03/2011 | IPG | Naples Property-Confer with D Newby in the a.m. about the problems caused by Robert & Associates(.40); correspond with D Newby and J Lipinsky regarding same(.30); confer with R Mason regarding the potential buyers fears in light of the Roberts & Associates Notice(.20); correspond extensively with R Stetler real estate counsel  on behalf of the proposed buyer(.60) and J Morey on behalf of the former wife(.40); began drafting Motion and draft order regarding same(1.50). | | 3.40  hrs. | | 1,054.00 |

| IPG | 06/06/2011 | | 2.30 | 2.30 | 310.00 | 713.00 |
|---|---|---|---|---|---|---|
| 06/06/2011 | IPG | Reviewing file(.40) and conferred with his office and left message for R Stetler regarding Trustee's rights and whether they desire a comfort order and my belief that it could be presented by 6/14 or 6/15(.10); working on Draft Motion to Authorize Sale and Proposed Agreed Order(1.50); correspond with J Morey regarding status of matter(.10) and reviewing e-mail from same(.10); correspond with R Stetler regarding my work on a Motion for what appears to be a comfort order and his instructions that I await concerning same(.10) | | 2.30  hrs. | | 713.00 |

| IPG | 06/07/2011 | | 4.20 | 4.20 | 310.00 | 1,302.00 |
|---|---|---|---|---|---|---|
| 06/07/2011 | IPG | Continued work on draft Motion to Authorize Sale and draft order(1.00); correspond with J Morey regarding status of the matter(.60); correspond with parties in interest to advise that I am ready and willing to serve the Motion, subject to their suggested tweaks, if any, for 6/15/11(.50); drafted language for alternative relief if it seems likely they will not close(.50); correspond further with J Morey concerning same(.40); reviewing and revising same(.40); e-mail J Morey, R Mason, and T Daw about request for alternative relief(.20); correspond with T Daw regarding the motion(.60) | | 4.20  hrs. | | 1,302.00 |

| IPG | 06/08/2011 | | 1.60 | 1.60 | 310.00 | 496.00 |
|---|---|---|---|---|---|---|
| 06/08/2011 | IPG | Finalize Motion to Authorize and related Order for service and filing(1.00); review e-mail from J Morey advising the Talberts purport to terminate the contract(.20); Drafted e-mail to parties in interest regarding purported termination, my hopes for something to be worked out prior to 6-15, our concerns over the alleged termination, and the need for the Motion to Authorize in any event(.40) | | 1.60  hrs. | | 496.00 |

ROSTD1      ROSTEIN, DANIEL A                                    Invoice#   0           Page 3

| IPG | 06/13/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
|---|---|---|---|---|---|---|
| 06/13/2011 | IPG | Reviewing file concerning Naples(.40); correspond with T Daw and J Morey to request any updates on that matter(.10) | | 0.50 hrs. | | 155.00 |

| IPG | 06/14/2011 | | 1.80 | 1.80 | 310.00 | 558.00 |
|---|---|---|---|---|---|---|
| 06/14/2011 | IPG | Review Motion to Authorize and draft order(.40); correspond with J Morey about suggested update to draft order(.40); updating draft order(.10); correspond with T Daw regarding Naples Florida Property(.20); correspond with J Lipinsky regarding revisions to draft order and the fact we will go forward tomorrow(.40); correspond further with same to send draft order(.20); review correspondence from J Morey regarding same(.10) | | 1.80 hrs. | | 558.00 |

| IPG | 06/15/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
|---|---|---|---|---|---|---|
| 06/15/2011 | IPG | Correspond with T Daw to request that the estate's accountant consult with Al Horewitch, Judith Guitelman's accountant, about any potential capital gain issues | | 0.20 hrs. | | 62.00 |

| IPG | 06/15/2011 | | 2.10 | 2.10 | 310.00 | 651.00 |
|---|---|---|---|---|---|---|
| 06/15/2011 | IPG | Correspond with J Morey regarding information needed on Guitelman Trust(.20); Prepared for(1.00) and appeared on Motion to Authorize Sale of Naples Property and for other relief(.50); Met with counsel to work out order, Jim Corbett and John Lipinsky(no charge); Correspond with J Morey and others concerning same(.40); | | 2.10 hrs. | | 651.00 |

| IPG | 06/16/2011 | | 0.30 | 0.30 | 310.00 | 93.00 |
|---|---|---|---|---|---|---|
| 06/16/2011 | IPG | Correspond with Al Horewitch, accountant for J Guitelman regarding tax basis issues and to place him in contact with B Steinberg(.20); review correspondence from T Daw regarding same(.10) | | 0.30 hrs. | | 93.00 |

| IPG | 06/16/2011 | | 1.20 | 1.20 | 310.00 | 372.00 |
|---|---|---|---|---|---|---|
| 06/16/2011 | IPG | Correspond with J Morey regarding Talberts(.60); correspond with A Horewitch regarding basis questions(.20); correspond with B Steinberg regarding same(.20); review marital settlement agreement as it relates to this property(.20) | | 1.20 hrs. | | 372.00 |

| IPG | 06/17/2011 | | 1.10 | 1.10 | 310.00 | 341.00 |
|---|---|---|---|---|---|---|
| 06/17/2011 | IPG | Review correspondence from J Morey regarding requests by Ron Stetler apparently related to title insurance issues(.20); correspond with same regarding the fact that the Motion and Order clearly identify the street address and unit number of the Naples Property(.20); correspond with K McFarland to request that she obtain a certified copy of the sale order and send it to J Morey(.10); confer with J Morey to provide phone number for K McFarland and also to discuss the items incident to a proposed closing(.10); confer with K McFarland about obtaining the certified order and left message with her participation for J Morey to | | 1.10 hrs. | | 341.00 |

ROSTD1     ROSTEIN, DANIEL A                              Invoice#   0          Page  4

see if a certified copy of the order as it is will suffice(.10); correspond further with J Morey to attempt to clear any hurtles to the anticipated closing(.40)

| IPG | 06/20/2011 | | 0.70 | 0.70 | 310.00 | 217.00 |
|-----|------------|---|------|------|--------|--------|

06/20/2011     IPG     Review message from Al Horewitch regarding       0.70   hrs.        217.00
basis issues(No charge); correspond with B
Steinberg who will contact same(.20); correspond
with Al Horewitch to advise B Steinberg will
contact him(.10);correspond further with B
Steinberg regarding Naples Florida and Hinsdale
Properties  verifying that the sale of Naples is at a
loss and providing some insights on Hinsdale,
subject to receiving further information from Al
Horewitch(.40)

| IPG | 06/20/2011 | | 0.90 | 0.90 | 310.00 | 279.00 |
|-----|------------|---|------|------|--------|--------|

06/20/2011     IPG     Review correspondence from J Morey, inclusive of       0.90   hrs.        279.00
the addendum(.20); drafting draft affidavit
regarding the Naples Property address(.40);
correspond with J Morey regarding same(.30)

| IPG | 06/21/2011 | | 1.60 | 1.60 | 310.00 | 496.00 |
|-----|------------|---|------|------|--------|--------|

06/21/2011     IPG     Working on draft affidavit regarding a corrected       1.60   hrs.        496.00
address for the Naples Property(.40); correspond
with J Morey to verify how he desires the affidavit
to be and whether North should be in the
address(.40);drafted e-mail to J Morey transmitting
proposed affidavit(.20); extended e-mail
conversations with same regarding proposed
affidavit(.60)

| IPG | 06/22/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
|-----|------------|---|------|------|--------|--------|

06/22/2011     IPG     Reviewing file concerning Naples Property(.40)       0.60   hrs.        186.00
and confer with J Morey regarding case status and
to advise our office's e-mail is currently down due
to the storm(.20)

| IPG | 06/23/2011 | | 2.50 | 2.50 | 310.00 | 775.00 |
|-----|------------|---|------|------|--------|--------|

06/23/2011     IPG     Reviewing file regarding: a) affidavit, b) requests       2.50   hrs.        775.00
for certified copies(.40); review correspondence
from J Morey with proposed affidavit requested by
Ron Stetler's office(.20); left message J Morey
advising proposed affidavit is unacceptable and
follow up with same via e-mail(.40); reviewing
additional correspondence from J Morey, inclusive
of a proposed revision to my affidavit(.40); advised
that the affidavit was still not acceptable and that I
would send him a proposed revised document(.10);
revising draft affidavit(.40); drafted cover e-mail to
send proposed affidavit to J Morey(.40);
correspond with R Mason regarding
same(.20)(more time spent than billed)

| IPG | 06/24/2011 | | 2.70 | 2.70 | 310.00 | 837.00 |
|-----|------------|---|------|------|--------|--------|

06/24/2011     IPG     Review correspondence from J Morey regarding       2.70   hrs.        837.00
tendered affidavit that Ron Stetler desires on behalf

ROSTD1      ROSTEIN, DANIEL A                              Invoice#   0           Page  5

of the buyers(.40); correspond extensively with same regarding the fact that what he desires is not within my personal knowledge and to suggest that he or Ms Guitelman provide a supplemental affidavit(1.00); review e-mail from Ron Stetler(.20) and respond to him to inquire whether an affidavit from J Morey will resolve the alleged title issue (.10); drafted cover letter to J Morey sending an executed affidavit(.10); confer with J Morey and advised I would send him the five paragraph affidavit executed that I prepared yesterday and thereafter  he will send it over with his supplemental affidavit to Ron Stetler(.10); update cover letter regarding same(.10), instruct D Becker regarding same(.10) and drafted e-mail to J Morey sending same(.20); review additional correspondence from J Morey to R Stetler(.40)

| IPG | 06/27/2011 | | 2.50 | 2.50 | 310.00 | 775.00 |
|---|---|---|---|---|---|---|
| 06/27/2011 | IPG | Review correspondence from J Morey(.40); drafted responsive e-mail to same(.50); review draft HUD 1(.20); correspond with J Morey regarding same(.20); correspond with R Mason and K McFarland regarding same and to advise Kim McFarland to talk with J Morey about whether a wire transfer will be utilized for the estimated $131K or whether this amount should be overnighted to Richard J Mason, as Trustee(.20); correspond with R Mason about the Naples Property(.20); confer with R Mason regarding same(.20); drafted e-mail to Tim Daw regarding the Naples Property and my suggestion to suggest to the court that we follow the MSA (.60) | 2.50  hrs. | | | 775.00 |

| IPG | 06/29/2011 | | 2.40 | 2.40 | 310.00 | 744.00 |
|---|---|---|---|---|---|---|
| 06/29/2011 | IPG | Correspond with J Morey(.40); K McFarland and R Mason about the anticipated closing today and need for wire instructions(.10); confer with K McFarland regarding same and related issues(.10); review correspondence from T Daw, along with ledger for Al Horewitch on proposed eventual disbursements(.20); correspond with T Daw regarding same(.50); began drafting draft Motion to Authorize and proposed order(.60); correspond further with the Trustee regarding the closing and the status of the matter(.40); correspond further with Al Horewitch regarding ledger calculations(.10) | 2.40  hrs. | | | 744.00 |

| IPG | 07/01/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 07/01/2011 | IPG | Follow up with parties in interest related to sale | 0.40  hrs. | | | 124.00 |

| IPG | 07/01/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 07/01/2011 | IPG | Correspond with R Mason's office regarding post-sale issues | 0.40  hrs. | | | 124.00 |

ROSTD1      ROSTEIN, DANIEL A                          Invoice#   0                  Page 6

| IPG | 07/01/2011 | | 0.70 | 0.70 | 310.00 | 217.00 |
|-----|-----------|---|------|------|--------|--------|
| 07/01/2011 | IPG | Review e-mail from R Mason regarding T Daw meeting today (.10); correspond with R Mason and T Daw regarding same (.40); Correspond with Al Horewitch's office regarding ledger (.20) | 0.70 | hrs. | | 217.00 |
| IPG | 07/06/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 07/06/2011 | IPG | Correspond with T Daw about Naples property and the deal we would recommend to the court | 0.40 | hrs. | | 124.00 |
| IPG | 07/07/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 07/07/2011 | IPG | Correspond further with T Daw about Naples | 0.20 | hrs. | | 62.00 |
| IPG | 07/08/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 07/08/2011 | IPG | Correspond with K McFarland regarding interim distribution to J Guitelman and related matters | 0.20 | hrs. | | 62.00 |
| IPG | 07/08/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 07/08/2011 | IPG | Review e-mail from David Grochocinski (.10) and drafted lengthy e-mail to him regarding real estate (.50) | 0.60 | hrs. | | 186.00 |
| IPG | 07/11/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 07/11/2011 | IPG | Confer with D Grochocinski about Naples Property et al(.20); continued work on draft Motion and Order to disburse regarding Naples Property(.80) | 1.00 | hrs. | | 310.00 |
| IPG | 07/12/2011 | | 2.10 | 2.10 | 310.00 | 651.00 |
| 07/12/2011 | IPG | Continued work on draft Motion and Order to Authorize Disbursements(1.50); Review updated exhibit prepared by A Horewitch(.20); correspond with D Grochocinski regarding same(.40) | 2.10 | hrs. | | 651.00 |
| IPG | 07/13/2011 | | 1.20 | 1.20 | 310.00 | 372.00 |
| 07/13/2011 | IPG | Allocated correspondence time to B Steinberg regarding Naples Property to verify a loss on that sale(.10); correspond with D Becker regarding draft Motion to Authorize Distributions(.40); confer with D Grochocinski, who will review draft motion and order and try to advise within the next hour(.10); correspond further with D Grochocinski regarding same(.20); finalize same for service and filing(.40) | 1.20 | hrs. | | 372.00 |
| IPG | 07/14/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 07/14/2011 | IPG | Finalize Motion to Disburse Naples Proceeds for service and filing | 0.60 | hrs. | | 186.00 |
| IPG | 08/08/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/08/2011 | IPG | Correspond with D Grochocinski regarding disbursement motion and the fact that a check can not be issued until the order is EOD, but that he could arrange to pick same up thru R Mason's paralegal, K McFarland | 0.20 | hrs. | | 62.00 |
| IPG | 08/09/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/09/2011 | IPG | Follow up with D Grochocinski about disbursement motion and what to do about the expected supplemental check from the lender and also to request details concerning same(.30); confer with D Grochocinski regarding same(.10) | 0.40 | hrs. | | 124.00 |

ROSTD1      ROSTEIN, DANIEL A                                    Invoice#   0                Page   7

| IPG | 08/10/2011 | | 1.80 | 1.80 | 310.00 | 558.00 |
|-----|-----------|---|------|------|--------|--------|
| 08/10/2011 | IPG | Prepared for(.20) and appeared on Motion to Disburse regarding Naples Florida(.40); correspond with D Grochocinski and R Mason's office regarding same(.20); met with J Corbett regarding same and promised a copy of the closing statement(.40); pulled HUD statement(.20) and follow up with J Corbett concerning same(.20); work on draft supplemental order concerning additional $2900 in expected funds(.20) | 1.80 | hrs. | | 558.00 |
| IPG | 08/11/2011 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 08/11/2011 | IPG | Review disbursement order on ECF(.10); correspond with K McFarland to advise her to cut checks and contact Tim Daw and David Grochocinski about whether they want to arrange a pick up of those checks and also regarding the additional $2917.10 that is expected (.40); review and revise draft order regarding $2917.10(.10); correspond with D Grochocinski and T Daw about dispersal checks and the anticipated receipt from David of the additional $2917.10(.10) | 0.70 | hrs. | | 217.00 |
| IPG | 08/11/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/11/2011 | IPG | Correspond with J Corbett in late evening about Naples and my thoughts on the principal reduction issue | 0.20 | hrs. | | 62.00 |
| IPG | 08/15/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 08/15/2011 | IPG | Correspond with J Morey requesting a breakdown of the $246K payment to the bank at closing and to inquire what he knows about the $2917.10. | 0.10 | hrs. | | 31.00 |
| IPG | 08/17/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/17/2011 | IPG | Correspond with D Grochocinski and J Corbett regarding Naples distribution amounts and other matters | 0.40 | hrs. | | 124.00 |
| IPG | 08/18/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 08/18/2011 | IPG | Review correspondence from J Corbett concerning reduction of principal issue(.10); correspond with D Grochocinski(.20) and J Corbett(.20) regarding reduction of principal issues on Naples and to suggest a solution | 0.50 | hrs. | | 155.00 |
| IPG | 08/19/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 08/19/2011 | IPG | Correspond with D Grochocinski about the Naples Property and the issues the Debtor's counsel is raising about the distribution under the Motion to Disburse to Judith Guitelman and related issues regarding the $2917.10 in additional monies(.60); review correspondence from Trustee making disbursements to Judith Guitelman and Schiller DuCanto(.20) | 0.80 | hrs. | | 248.00 |
| IPG | 08/22/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 08/22/2011 | IPG | Correspond further with D Grochocinski to try to work out a deal on the Naples matter to meet the | 0.80 | hrs. | | 248.00 |

ROSTD1        ROSTEIN, DANIEL A                                    Invoice#    0                Page    8

debtor's concerns(.20); drafted revision to draft
order to try to meet the concerns of the Debtor and
Judith Guitelman(.20); correspond with counsel for
both and transmit proposed order(.10); finalize
same with D Grochocinski(.10) and with J Corbett,
counsel for the Debtor(.10); correspond with K
McFarland regarding Naples Property(.10)

| IPG | 08/24/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 08/24/2011 | IPG | Allocated time appearing to obtain entry of supplemental order related to Naples(.20); correspond with D Grochocinski and J Corbett and transmitted entered order to same(.20) | 0.40 hrs. | | | 124.00 |
| IPG | 09/27/2011 | | 1.10 | 1.10 | 310.00 | 341.00 |
| 09/27/2011 | IPG | Review claim 10 of Roberts and Associates as it relates to the proceeds of sale of the Naples Property(.20); Reviewing file regarding claimed credits of $13,500 due to the estate(.40); drafted lengthy e-mail to J Lipinsky to request amendment of that claim to eliminate alleged security interest regarding Naples Florida Property Proceeds(.50) | 1.10 hrs. | | | 341.00 |
| IPG | 10/11/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 10/11/2011 | IPG | Correspond with J Lapinsky regarding Naples Property and other issues(.10); confer with J Lapinsky regarding the matter and he will talk to his client and advise(.10) | 0.20 hrs. | | | 62.00 |
| IPG | 12/01/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/01/2011 | IPG | Correspond with J Lapinsky to request that Roberts amend its claim not to assert an interest in the Naples Proceeds | 0.20 hrs. | | | 62.00 |

TOTAL PROFESSIONAL SERVICES                    $17,298.00

Billing Summary
Total professional services                    $17,298.00
Total of new charges for this invoice          $17,298.00

**Total balance now due**                          **$17,298.00**


        IPG                          55.80      310.00      $17,298.00

                                     55.80                  $17,298.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 19, 2013

RICHARD MASON, TRUSTEE
DANIEL A ROSTINE BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#   83153
Client#   ROSTD1        00015
Billing through   03/19/2013

**FEE PETITIONS**
**CHAPTER 7    11 B 14185**
**DANIEL A. ROSTEIN**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| IPG | 03/06/2013 | | 2.00 | 2.00 | 330.00 | 660.00 |
| 03/06/2013 | IPG | Initial work on first and final fee application(more time expended than billed) | | 2.00 hrs. | 660.00 |
| IPG | 03/08/2013 | | 1.00 | 1.00 | 330.00 | 330.00 |
| 03/08/2013 | IPG | Continued work regarding first and final fee application | | 1.00 hrs. | 330.00 |
| IPG | 03/12/2013 | | 0.50 | 0.50 | 330.00 | 165.00 |
| 03/12/2013 | IPG | Continued work on fee application | | 0.50 hrs. | 165.00 |
| IPG | 03/13/2013 | | 0.50 | 0.50 | 330.00 | 165.00 |
| 03/13/2013 | IPG | Continued work on D&L fee application | | 0.50 hrs. | 165.00 |

TOTAL PROFESSIONAL SERVICES            $1,320.00

Billing Summary
Total professional services            $1,320.00
Total of new charges for this invoice  $1,320.00

**Total balance now due**              **$1,320.00**

| IPG | 4.00 | 330.00 | $1,320.00 |
|---|---|---|---|
| | 4.00 | | $1,320.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 19, 2013

| | |
|---|---|
| RICHARD MASON, TRUSTEE | Invoice# 0 |
| DANIEL A ROSTINE BANKRUPTCY | Client# ROSTD1    00028 |
| MCGUIRE WOODS LLP | Billing through 03/19/2013 |
| 77 W WACKER DR  STE 4100 | |
| CHICAGO, IL  60601 | |

**CLOSING OF CASE**
**CHAPTER 7   11 B 14185**
**DANIEL A. ROSTEIN**

Payments received since last invoice                     $0.00

Balance brought forward                                  $0.00

PROFESSIONAL SERVICES

| IPG | 03/06/2013 | | 6.00 | 6.00 | 330.00 | 1,980.00 |
|---|---|---|---|---|---|---|
| 03/06/2013 | IPG | Anticipated time for 1) additional work related to the preparation and presentation of a first and final fee application; 2) discussions with the Trustee and parties in interest related to the closing of this case; 3) appearance (s) related to the anticipated closing of this case and 4) Additional anticipated time regarding claims issues and resolution  thereof after sending draft final fee petition to the Trustee and the Accountant for the estate to facilitate the process of closing this case | | 6.00 hrs. | | 1,980.00 |
| IPG | 03/07/2013 | | 0.20 | 0.20 | 330.00 | 0.00 |
| 03/07/2013 | IPG | Correspond with K McFarland regarding forms 1 and 2 | | 0.20 hrs. | | 0.00 |

TOTAL PROFESSIONAL SERVICES                 $1,980.00

Billing Summary
Total professional services                    $1,980.00
Total of new charges for this invoice          $1,980.00


**Total balance now due**                      **$1,980.00**

| | | | |
|---|---|---|---|
| IPG | 6.20 | 319.35 | $1,980.00 |
| | 6.20 | | $1,980.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 19, 2013

|  |  |  |
|---|---|---|
| | Invoice# | 0 |
| RICHARD MASON, TRUSTEE | Client# | ROSTD1    00030 |
| DANIEL A ROSTINE BANKRUPTCY | Billing through | 03/19/2013 |

RICHARD MASON, TRUSTEE
DANIEL A ROSTINE BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

**HINSDALE PROPERTY**
**CHAPTER 7    11 B 14185**
**DANIEL A. ROSTEIN**

Payments received since last invoice          $0.00

Balance brought forward                       $0.00

PROFESSIONAL SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| IPG | 06/14/2011 | | 2.50 | 2.50 | 310.00 | 775.00 |
| 06/14/2011 | IPG | Hinsdale Property-review correspondence from T Daw regarding contact information for the broker(.10); confer with Tracey Anderson the broker for Hinsdale who advises title is held in Judith Guitelman's Trust and discussed issues that arose regarding Naples and other matters(.40); drafted e-mail to  T Anderson requesting information on the listing(.40);began drafting draft Motion and Order  to Authorize Continued Marketing and sale of Hinsdale Property  (1.00); review correspondence from T Anderson regarding listing(.30); respond to same(.10); correspond further with T Daw(.10) and T Anderson regarding same(.10) | 2.50 hrs. | | | 775.00 |
| IPG | 06/15/2011 | | 1.50 | 1.50 | 310.00 | 465.00 |
| 06/15/2011 | IPG | Continued work on Draft Motion regarding Hinsdale Property and draft proposed order | 1.50 hrs. | | | 465.00 |
| IPG | 06/16/2011 | | 1.70 | 1.70 | 310.00 | 527.00 |
| 06/16/2011 | IPG | Continued work on Motion and draft order regarding marketing and sale efforts(1.00); review correspondence from T Daw regarding Hinsdale Property and Guitelman Trust(.40); correspond with R Mason regarding same(.10); review marital settlement agreement as it relates to this property(.20) | 1.70 hrs. | | | 527.00 |
| IPG | 06/17/2011 | | 1.20 | 1.20 | 310.00 | 372.00 |
| 06/17/2011 | IPG | Finalizing draft Motion to authorize continued marketing of Hinsdale Property and draft | 1.20 hrs. | | | 372.00 |

ROSTD1    ROSTEIN, DANIEL A    Invoice# 0    Page 2

order(.60); correspond with parties in interest to request their comments on or before 6/20 @ 2 pm(.40); correspond with Tracey Anderson related to same(.20)

| IPG | 06/19/2011 | | 0.20 | 0.20 | 310.00 | | 62.00 |
|---|---|---|---|---|---|---|---|
| 06/19/2011 | IPG | Review e-mail from T Anderson, the broker for Hinsdale(.10);Correspond with T Anderson(.10) | | 0.20 hrs. | | | 62.00 |
| IPG | 06/20/2011 | | 1.20 | 1.20 | 310.00 | | 372.00 |
| 06/20/2011 | IPG | Update draft Motion to Market(.20); correspond with T Anderson regarding same(.40); drafting draft affidavit for T Anderson in the event it becomes necessary(.40); correspond with T Daw and others in interest regarding Proposed Motion to Authorized Continued Marketing Of Hinsdale Property and for Other Relief(.20) | | 1.20 hrs. | | | 372.00 |
| IPG | 06/21/2011 | | 1.10 | 1.10 | 310.00 | | 341.00 |
| 06/21/2011 | IPG | Continued work on Motion to Authorize continued Marketing et al(.50); revise draft affidavit just in case it is requested for T Anderson(.40);drafted e-mail to T Anderson, the broker for Hinsdale and forward draft affidavit to same(.20) | | 1.10 hrs. | | | 341.00 |
| IPG | 06/22/2011 | | 1.00 | 1.00 | 310.00 | | 310.00 |
| 06/22/2011 | IPG | Final revisions to Motion to Authorize Continued marketing et al(.60); review correspondence from T Anderson the real estate broker(.40) | | 1.00 hrs. | | | 310.00 |
| IPG | 06/23/2011 | | 0.40 | 0.40 | 310.00 | | 124.00 |
| 06/23/2011 | IPG | Review file regarding Hinsdale Property and requested affidavit from T Anderson(.20); review correspondence from T Anderson forwarding executed affidavit(.20) | | 0.40 hrs. | | | 124.00 |
| IPG | 06/24/2011 | | 0.60 | 0.60 | 310.00 | | 186.00 |
| 06/24/2011 | IPG | Follow up with D Becker who advises Motion to Authorize continued Marketing is updated and should be served and filed on Monday 6/27/11(.10); reviewing file regarding outstanding inquiries related to the Hinsdale Property, inclusive of basis issues(.40); review original affidavit received today from T Anderson(.10) | | 0.60 hrs. | | | 186.00 |
| IPG | 06/27/2011 | | 0.90 | 0.90 | 310.00 | | 279.00 |
| 06/27/2011 | IPG | Follow up on service of Motion to Authorize Continuing Marketing of Hinsdale Property(.40); review ECF filing regarding same and organize for court date on 7/20/11(.20); correspond with R Mason about Hinsdale(.10); confer with R Mason about Hinsdale(.10); correspond with R Sitkowski and R Laubenstein about the Hinsdale Property and to request that they check the recorder of deeds et al related thereto(.10) | | 0.90 hrs. | | | 279.00 |
| IPG | 06/27/2011 | | 0.90 | 0.90 | 310.00 | | 279.00 |
| 06/27/2011 | IPG | Pulling information about Hinsdale Property from the Marital Settlement Agreement ("MSA") and | | 0.90 hrs. | | | 279.00 |

ROSTD1      ROSTEIN, DANIEL A                          Invoice# 0              Page 3

documents provided by T Daw(.40); correspond
with R Mason about listing price, listing agreement,
lien as of 11/2006 of $462K or so and quit claim to
the Guitelman Trust(.40); correspond with Broker
regarding the anticipated range of value of this
property(.10)

| IPG | 06/29/2011 | | 0.80 | 0.80 | 310.00 | | 248.00 |
|-----|------------|---|------|------|--------|---|--------|
| 06/29/2011 | IPG | Review memo from R Sitkowski regarding Hinsdale(.20); correspond with R Mason about same(.10); review MSA regarding same(.10); correspond with T Daw and Al Horewitch regarding Hinsdale(.20); review correspondence from T Anderson the listing agent(.20) | | 0.80 hrs. | | | 248.00 |

| IPG | 07/01/2011 | | 0.40 | 0.40 | 310.00 | | 124.00 |
|-----|------------|---|------|------|--------|---|--------|
| 07/01/2011 | IPG | Correspond with R Sitkowski about potential liens and their priority (.40) | | 0.40 hrs. | | | 124.00 |

| IPG | 07/07/2011 | | 0.30 | 0.30 | 310.00 | | 93.00 |
|-----|------------|---|------|------|--------|---|--------|
| 07/07/2011 | IPG | Review correspondence from R Sitkowski about potential liens on Hinsdale property (.10); correspond with R Mason regarding same (.20) | | 0.30 hrs. | | | 93.00 |

| IPG | 07/11/2011 | | 0.60 | 0.60 | 310.00 | | 186.00 |
|-----|------------|---|------|------|--------|---|--------|
| 07/11/2011 | IPG | Reviewing file related to Hinsdale Property(.50); review e-mail fro D Grochocinski requesting a continuance of the Motion for two weeks and acknowledge same(.10) | | 0.60 hrs. | | | 186.00 |

| IPG | 07/13/2011 | | 0.40 | 0.40 | 310.00 | | 124.00 |
|-----|------------|---|------|------|--------|---|--------|
| 07/13/2011 | IPG | Correspond with B Steinberg about the need to follow up with Al Horewitch about the tax basis issues | | 0.40 hrs. | | | 124.00 |

| IPG | 07/15/2011 | | 0.40 | 0.40 | 310.00 | | 124.00 |
|-----|------------|---|------|------|--------|---|--------|
| 07/15/2011 | IPG | Review e-mails from D Grochocinski about Hinsdale(.20); correspond further with same(.20) | | 0.40 hrs. | | | 124.00 |

| IPG | 07/19/2011 | | 0.10 | 0.10 | 310.00 | | 0.00 |
|-----|------------|---|------|------|--------|---|------|
| 07/19/2011 | IPG | Left message for David Grochocinski(no charge) | | 0.10 hrs. | | | 0.00 |

| IPG | 07/20/2011 | | 1.10 | 1.10 | 310.00 | | 341.00 |
|-----|------------|---|------|------|--------|---|--------|
| 07/20/2011 | IPG | Prepared for(.40) and appeared on Motion to Authorize the continued marketing of Hinsdale(.50); continued same as per request of D Grochocinski to 8-10; met with J Corbett regarding Hinsdale and related matters(.20) | | 1.10 hrs. | | | 341.00 |

| IPG | 07/21/2011 | | 0.40 | 0.40 | 310.00 | | 124.00 |
|-----|------------|---|------|------|--------|---|--------|
| 07/21/2011 | IPG | Correspond with parties related to the Debtor regarding basis and other issues impacting Hinsdale | | 0.40 hrs. | | | 124.00 |

| IPG | 07/25/2011 | | 0.40 | 0.40 | 310.00 | | 124.00 |
|-----|------------|---|------|------|--------|---|--------|
| 07/25/2011 | IPG | Reviewing file regarding potential issues if the property is sold(.10); confer with D Grochocinski regarding same(.10); correspond with J Corbett to request breakdown on any payment or barter to Roberts and Associates after the judgment was entered(.20) | | 0.40 hrs. | | | 124.00 |

ROSTD1   ROSTEIN, DANIEL A                                    Invoice# 0                Page 4

| IPG | 07/29/2011 | | 0.30 | 0.30 | 310.00 | 93.00 |
|---|---|---|---|---|---|---|
| 07/29/2011 | IPG | Follow up with J Corbett regarding inquiries regarding Roberts & Associates(.10); reviewing prior correspondence and follow up with Al Horewitch about requests for basis information(.20) | 0.30 | hrs. | | 93.00 |
| IPG | 08/03/2011 | | 1.10 | 1.10 | 310.00 | 341.00 |
| 08/03/2011 | IPG | Correspond with J Corbett regarding Roberts & Associates(.20); correspond with D Grochocinski regarding alleged credits due related to the spa(.20); correspond with John Lipinsky regarding same(.40); confer with J Lipinsky to urge him to discuss the matter with D Grochocinski(.20) and pulled and sent information to same regarding the Hinsdale lien priority issues(.10) | 1.10 | hrs. | | 341.00 |
| IPG | 08/05/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/05/2011 | IPG | Review correspondence regarding Roberts potential credits from D Grochocinski and also further related to Hinsdale and other matters(.10); correspond with same to advise him to speak with J Lipinsky on behalf of Roberts and Associates(.10) | 0.20 | hrs. | | 62.00 |
| IPG | 08/08/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/08/2011 | IPG | Correspond with B Steinberg regarding Hinsdale Property and forward correspondence from Al Horewitch, Judith Guitelman's accountant, to same with my inquiries regarding capital gain issues, if any, provided this property is sold in the $700K plus range | 0.40 | hrs. | | 124.00 |
| IPG | 08/09/2011 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 08/09/2011 | IPG | Follow up with D Grochocinski regarding requested continuance of the Motion to Authorize Continued Marketing until 8/24/11(.20)and review his e-mails to J Lipinsky, counsel for Roberts concerning same(.10) | 0.30 | hrs. | | 93.00 |
| IPG | 08/10/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/10/2011 | IPG | Allocated time to continue Motion to Authorize continued marketing(.20); allocated time meeting with J Corbett concerning same(.20) | 0.40 | hrs. | | 124.00 |
| IPG | 08/22/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/22/2011 | IPG | Correspond with D Grochocinski related to Hinsdale Property | 0.40 | hrs. | | 124.00 |
| IPG | 08/24/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/24/2011 | IPG | Allocated time appearing on Motion to Authorize continued marketing of Hinsdale property(.30); allocated time corresponding to D Grochocinski and D Lipinsky regarding continuance of same to 10/18/11(.10) | 0.40 | hrs. | | 124.00 |
| IPG | 08/25/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/25/2011 | IPG | Follow up with D Grochocinski regarding Hinsdale Property(more time expended than billed) | 0.20 | hrs. | | 62.00 |

ROSTD1   ROSTEIN, DANIEL A                    Invoice#   0        Page 5

| | | | | | | |
|---|---|---|---|---|---|---|
| IPG | 09/15/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/15/2011 | IPG | Review file concerning(.20) and correspond with D Grochocinski regarding potential options regarding the Hinsdale Property and inquiries concerning other matters(.20) | | 0.40 hrs. | | 124.00 |
| IPG | 09/27/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/27/2011 | IPG | Reviewing outstanding correspondence to (.10) and correspond with D Grochocinski regarding Hinsdale Property and other matters(.10); review response from same(.10); drafted follow up e-mail to same(.10) | | 0.40 hrs. | | 124.00 |
| IPG | 10/11/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 10/11/2011 | IPG | Reviewing file concerning(.10) and correspond with D Grochosinski about Hinsdale Property and other issues(.10) | | 0.20 hrs. | | 62.00 |
| IPG | 10/13/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 10/13/2011 | IPG | Review file related to Hinsdale Property(.40); follow up with D Grochocinski regarding same(.10) | | 0.50 hrs. | | 155.00 |
| IPG | 10/17/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 10/17/2011 | IPG | Correspond with D Grochosinski regarding his request to continue the marketing motion for 6 to 7 weeks(.10); review further correspondence from same(.10) | | 0.20 hrs. | | 62.00 |
| IPG | 10/20/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 10/20/2011 | IPG | Correspond with D Grochocinski regarding continued date for Marketing Motion and to advise as to my conversation with J Lapinsky | | 0.10 hrs. | | 31.00 |
| IPG | 11/28/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 11/28/2011 | IPG | Correspond with D Grochosinski and J Lapinsky regarding the Roberts Proof of Claim and the Motion For Authority to Continue the Marketing of the Hinsdale Property | | 0.20 hrs. | | 62.00 |
| IPG | 11/29/2011 | | 2.60 | 2.60 | 310.00 | 806.00 |
| 11/29/2011 | IPG | Correspond with D Grochosinski regarding the nature of his inquiries regarding the Hinsdale Property(.20); In response to same, reviewing certain chain of  title documentation regarding the Hinsdale Property(.80) and drafted e-mail to D Grochosinski regarding same and apparent 60% Judith/40% Debtor interest in that property(.40); confer with D Grochosinski regarding same(.20); correspond with R Mason and B Steinberg concerning same(1.00) (more time expended than billed) | | 2.60 hrs. | | 806.00 |
| IPG | 11/30/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 11/30/2011 | IPG | Correspond with B Steinberg concerning Hinsdale Property to inquire about his view on a quit claim sale to the debtor's former spouse, Judith Guitelman | | 0.10 hrs. | | 31.00 |
| IPG | 12/01/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 12/01/2011 | IPG | Follow-up with Barry Steinberg to see if a potential | | 1.00 hrs. | | 310.00 |

ROSTD1     ROSTEIN, DANIEL A          Invoice#   0          Page 6

deal with Judith to pay in $15K into the estate and obtain a waiver of the Robert's suspect secured claim as to Naples will work from an accounting standpoint

| IPG | 12/02/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
|---|---|---|---|---|---|---|
| 12/02/2011 | IPG | Confer with B Steinberg about the three options being considered regarding this property(.20); drafted follow up e-mail to same and R Mason(.40); left message for R Mason concerning same(nc for that call); confer with R Mason regarding same(.20) | | 0.80 hrs. | | 248.00 |
| IPG | 12/05/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/05/2011 | IPG | Confer with D Grochocinski regarding potential options regarding the Hinsdale Property and agreed to continue the Motion to Market to 12/20/11(.20) | | 0.20 hrs. | | 62.00 |
| IPG | 12/06/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 12/06/2011 | IPG | Correspond with J Corbett regarding continuing the Motion to Authorize the Continued Marketing of Hinsdale to 12/20/11(.20); met with J Lipinsky and updated him on same and my discussions to date with D Grochocinski and the three suggested options(.10); Appeared on same(.50) | | 0.80 hrs. | | 248.00 |
| IPG | 12/07/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 12/07/2011 | IPG | Correspond with D Grochocinski, J Lapinski and J Corbett regarding Hinsdale and certain other matters | | 0.40 hrs. | | 124.00 |
| IPG | 12/09/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 12/09/2011 | IPG | Correspond with D Grochocinski regarding Hinsdale Property | | 0.10 hrs. | | 31.00 |
| IPG | 12/14/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/14/2011 | IPG | Correspond with D Grochocinski regarding the Hinsdale Property and to inquire about his meeting with Judith | | 0.20 hrs. | | 62.00 |
| IPG | 12/16/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/16/2011 | IPG | Correspond with D Grochocinski regarding whether an offer will be made regarding Hinsdale | | 0.20 hrs. | | 62.00 |
| IPG | 12/19/2011 | | 1.60 | 1.60 | 310.00 | 496.00 |
| 12/19/2011 | IPG | Initial review of correspondence from D Grochocinski(.20); forward same to R Mason(nc); formulating response to same(.40); correspond extensively with D Grochocinski regarding same(1.00)(more time expended than billed) | | 1.60 hrs. | | 496.00 |
| IPG | 12/20/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 12/20/2011 | IPG | Allocated time appearing on Motion to Authorize continued marketing(.40); Correspond with D Grochosinski and D Latins regarding same(.10); confer with J Corbett about same(.10) | | 0.60 hrs. | | 186.00 |
| IPG | 12/22/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 12/22/2011 | IPG | Correspond with D Grochocinski regarding potential resolution of the Hinsdale Property matter | | 1.00 hrs. | | 310.00 |

ROSTD1      ROSTEIN, DANIEL A                                    Invoice#   0              Page  7

| | | | | |
|---|---|---|---|---|
| IPG | 12/27/2011 | 0.60 | 0.60 | 310.00 | 186.00 |

12/27/2011   IPG   Review correspondence from D Grochocinski       0.60  hrs.      186.00
about Hinsdale(.10); drafted responsive e-mail to
same(.50)

| IPG | 12/28/2011 | 1.00 | 1.00 | 310.00 | 310.00 |

12/28/2011   IPG   Reviewing status of proposals regarding         1.00  hrs.      310.00
Hinsdale(.40); confer with D Grochocinski
regarding same(.40); correspond with D
Grochocinski after same(.20)

| IPG | 01/16/2012 | 0.70 | 0.70 | 320.00 | 224.00 |

01/16/2012   IPG   Review correspondence from D Grochocinski        0.70  hrs.      224.00
regarding Hinsdale Property(.10); drafted
responsive e-mail to same(.60)

| IPG | 01/19/2012 | 0.40 | 0.40 | 320.00 | 128.00 |

01/19/2012   IPG   Review correspondence from D Grochocinski(.10);  0.40  hrs.      128.00
respond to same regarding items that need to be
covered in the draft motion and order(.30)

| IPG | 01/24/2012 | 0.30 | 0.30 | 320.00 | 96.00 |

01/24/2012   IPG   Confer with D Grochocinski regarding matter      0.30  hrs.       96.00
anticipated withdrawal of Marketing Motion and
the fact that he will send me a draft sale
motion(.10); drafted withdrawal order for the
Marketing Motion(.10); correspond with D
Grochocinski regarding same(.10)

| IPG | 01/25/2012 | 0.80 | 0.80 | 320.00 | 256.00 |

01/25/2012   IPG   Preparation related to(.20) and appeared to      0.80  hrs.      256.00
withdraw Motion to Authorize Continued
Marketing of Hinsdale Property(.50); follow up
with Trustee and D Grochocinski regarding
same(.10)

| IPG | 01/27/2012 | 1.20 | 1.20 | 320.00 | 384.00 |

01/27/2012   IPG   Reviewing draft Motion and Order regarding       1.20  hrs.      384.00
proposed sale of the Estate's right, title and  interest
to J Guitelman(.40); drafting proposed revisions to
same(.80)(more time expended than billed)

| IPG | 01/30/2012 | 1.50 | 1.50 | 320.00 | 480.00 |

01/30/2012   IPG   Confer with R Mason regarding Motion to Sell and  1.50  hrs.      480.00
related issues(.20); working on revisions to draft
Motion and Order(1.00); correspond with D
Grochocinski and J Lapinsky regarding
same(.30)(More time expended than billed)

| IPG | 01/31/2012 | 0.40 | 0.40 | 320.00 | 128.00 |

01/31/2012   IPG   Correspond with R Mason regarding J Guitelman     0.40  hrs.      128.00
and the Hinsdale Property and related matters

| IPG | 02/01/2012 | 1.20 | 1.20 | 320.00 | 384.00 |

02/01/2012   IPG   Review court file online regarding parties in    1.20  hrs.      384.00
interest regarding the anticipated Application to
Sell and enter into compromise related to the
Hinsdale Property(.40); correspond with R Mason
regarding draft Application to Sell and

ROSTD1      ROSTEIN, DANIEL A                        Invoice#   0                  Page   8

Compromise regarding the Hinsdale Property(.40);
correspond with D Grochocinski regarding
same(.40)(much more time expended than billed)

| IPG | 02/06/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
|---|---|---|---|---|---|---|
| 02/06/2012 | IPG | Review correspondence regarding Hinsdale Property | 0.20 | hrs. | | 64.00 |

| IPG | 02/09/2012 | | 0.10 | 0.10 | 320.00 | 0.00 |
|---|---|---|---|---|---|---|
| 02/09/2012 | IPG | Correspond with and review correspondence from D Grochocinski(.10-no charge) | 0.10 | hrs. | | 0.00 |

| IPG | 02/13/2012 | | 1.40 | 1.40 | 320.00 | 448.00 |
|---|---|---|---|---|---|---|
| 02/13/2012 | IPG | Review correspondence from D Grochocinski regarding Hinsdale Motion and agreement of Guitelman to subordinate and share prorata with her professionals(.10); correspond with R Mason regarding same(.10); update draft Motion and Order accordingly(.40); correspond with D Grochosinski regarding suggested changes to conform with that agreement(.40); confer with P Hogan about service list and related issues(.40) | 1.40 | hrs. | | 448.00 |

| IPG | 02/14/2012 | | 0.70 | 0.70 | 320.00 | 224.00 |
|---|---|---|---|---|---|---|
| 02/14/2012 | IPG | Work related to Motion to Sell and settle regarding the Hinsdale Property(.50); correspond with D Grochocinski regarding same(.20) | 0.70 | hrs. | | 224.00 |

| IPG | 03/19/2012 | | 0.40 | 0.40 | 320.00 | 128.00 |
|---|---|---|---|---|---|---|
| 03/19/2012 | IPG | Review Motion to sell Hinsdale to Judith Guitelman and proposed order in preparation for court tomorrow | 0.40 | hrs. | | 128.00 |

| IPG | 03/20/2012 | | 1.10 | 1.10 | 320.00 | 352.00 |
|---|---|---|---|---|---|---|
| 03/20/2012 | IPG | Prepared for(.20) and appeared on Motion to Sell/Compromise regarding Hinsdale Property(.60); met with A Arenson who represents the bank and counsel for J Guitelman at court and agreed to continue matter to 4/10/12 so that J Guitelman can provide the promissory note in question to the bank(.20); correspond with R Mason, J Lapinsky and D Grochocinski regarding same(.10) | 1.10 | hrs. | | 352.00 |

| IPG | 03/21/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
|---|---|---|---|---|---|---|
| 03/21/2012 | IPG | Correspond with J Lapinsky about continued hearing on Motion to Sell/Compromise | 0.10 | hrs. | | 32.00 |

| IPG | 04/02/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
|---|---|---|---|---|---|---|
| 04/02/2012 | IPG | Review correspondence from D Grochocinski regarding whether I have heard back from Amy Arenson(.10) and correspond with same to advise that I did not despite two e-mails and to request that his office follow up with her(.10) | 0.20 | hrs. | | 64.00 |

| IPG | 04/04/2012 | | 0.40 | 0.40 | 320.00 | 128.00 |
|---|---|---|---|---|---|---|
| 04/04/2012 | IPG | Correspond with D Grochocinski regarding continued hearing date of 4/10 and whether he heard from the lender yet regarding whether they object to the Motion to Sell, Settle and | 0.40 | hrs. | | 128.00 |

ROSTD1      ROSTEIN, DANIEL A                                    Invoice#   0                Page  9

Compromise

| IPG | 04/10/2012 | | 1.40 | 1.40 | 320.00 | 448.00 |
|---|---|---|---|---|---|---|
| 04/10/2012 | IPG | Prepared for hearing on Sale/Compromise regarding Hinsdale Property(.40); appear on same and obtained entry of an order approving same(.40); met with counsel for bank(.10) and for Judith Guitelman(.10) concerning same; correspond with K McFarland the Trustee's paralegal who than met me to pick up the $10K check and instructed her about the drill to remit funds to Roberts and associates(.40); docket relevant dates concerning same(no charge for this portion of the entry) | 1.40 | hrs. | | 448.00 |
| IPG | 04/11/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 04/11/2012 | IPG | Review entered order received via ECF(.10); drafted correspondence, to the Trustee and his paralegal, regarding same and the drill to remit $10K to Roberts and execute an ABI of the estate's 40% right, title and interest in the relevant trust(.10) | 0.20 | hrs. | | 64.00 |
| IPG | 04/30/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 04/30/2012 | IPG | Follow up with K McFarland regarding Hinsdale Property | 0.20 | hrs. | | 64.00 |
| IPG | 05/01/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 05/01/2012 | IPG | Continued follow up on Hinsdale matter, inclusive of dispersal due to Roberts & Associates and the status of the ABI | 0.20 | hrs. | | 64.00 |
| IPG | 05/02/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 05/02/2012 | IPG | Continued correspondence to K McFarland regarding Hinsdale property distributions and ABI | 0.20 | hrs. | | 64.00 |
| IPG | 07/24/2012 | | 0.50 | 0.50 | 320.00 | 160.00 |
| 07/24/2012 | IPG | Review correspondence from D Grochocinski to R Mason regarding quit claim deed request(.20); review response from R Mason(.10); pulling information from file and forward same to R Mason for review and execution(.20) | 0.50 | hrs. | | 160.00 |

TOTAL PROFESSIONAL SERVICES                    $15,203.00

Billing Summary
Total professional services                $15,203.00
Total of new charges for this invoice      $15,203.00

                                           _____

**Total balance now due**                  **$15,203.00**


        IPG              48.80      311.54        $15,203.00

                         48.80                    $15,203.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 19, 2013

RICHARD MASON, TRUSTEE
DANIEL A ROSTINE BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#   ROSTD1     00033
Billing through  03/19/2013

**COMMUNITY BANK**
**CHAPTER 7   11 B 14185**
**DANIEL A. ROSTEIN**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

## PROFESSIONAL SERVICES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IPG | 11/10/2011 | | | 0.80 | 0.80 | 310.00 | 248.00 |
| 11/10/2011 | IPG | Review correspondence from J Corbett regarding Community Bank matter(.40); correspond further with same to request copy of Order Opening the Confession Judgment(.10); review claim filed by Community Bank(.20); correspond with R Mason regarding whether he would consider retaining J Corbett on a contingency basis and related matters(.10) | | | 0.80  hrs. | | 248.00 |
| IPG | 11/11/2011 | | | 1.00 | 1.00 | 310.00 | 310.00 |
| 11/11/2011 | IPG | Correspond with J Corbett regarding additional information requested  regarding Community Bank(.20); reviewing file concerning same(.60) and correspond with T Swanson who filed the proof of claim on behalf of Community Bank requesting information concerning the seizure of $57K plus in funds(.20) | | | 1.00  hrs. | | 310.00 |
| IPG | 11/16/2011 | | | 0.80 | 0.80 | 310.00 | 248.00 |
| 11/16/2011 | IPG | Review e-mail from counsel for Community Bank(.10) and sent response to same seeking to set conference call with Tim Swanson and Joel Stein(.10); reviewing file regarding Community Bank(.50); correspond with J Corbett to request copy of order opening confession of Judgment(.10) | | | 0.80  hrs. | | 248.00 |
| IPG | 03/19/2013 | | | 0.50 | 0.50 | 310.00 | 155.00 |
| 11/21/2011 | IPG | Confer with J Corbett about Community Bank-he will send me the Order opening the Confession of Judgment, the debtor maintains the payments were current and the Bank's actions were premature(.10); | | | 0.50  hrs. | | 155.00 |

ROSTD1        ROSTEIN, DANIEL A                              Invoice#   0                Page 2

confer with T Swanson and J Stein on behalf of
Community South related to the $57K offset they
claim Tamar was in default prior to its bankruptcy-I
asked them to consult with their client and advise
why they believe the judgment can not be
vacated-they will consult with the client and get
back to me(.40)

| IPG | 11/22/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
|---|---|---|---|---|---|---|
| 11/22/2011 | IPG | Reviewing file regarding Community Bank(.40); Correspond with J Stein and T Swanson, the bank's counsel to request documentation concerning any alleged acceleration of the relevant notes(.20); Correspond with J Corbett regarding same(.20) | | 0.80 hrs. | | 248.00 |
| IPG | 11/23/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 11/23/2011 | IPG | Correspond with T Swanson regarding Community Bank matter-he will provide certain information to me next week(.20); correspond with J Corbett to further inquire about acceleration issue(.20) | | 0.40 hrs. | | 124.00 |
| IPG | 11/28/2011 | | 1.30 | 1.30 | 310.00 | 403.00 |
| 11/28/2011 | IPG | Community Bank-review correspondence from T Swanson regarding $57K taken from the debtor in November 2010(.20); correspond with same to request full State Court file in regards to the ex parte judgment, the citation and the Motion to Open the Judgment et al(.10); review correspondence from J Corbett regarding same(.20);Review bank records regarding debits of the Tamar account to service the note and also review the 6/28/10 letter from J Stein on behalf of Community Bank to the Debtor(.40); correspond with T Swanson to inquire about the matter in light of the debt service tendered and accepted after the 6/28/10 letter(.40). | | 1.30 hrs. | | 403.00 |
| IPG | 12/07/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/07/2011 | IPG | Correspond with T Swanson, counsel for Community Bank, to request answers to pending inquiries regarding the Tamar loan and, among other things, to inquire if the bank desires to discuss the matter | | 0.20 hrs. | | 62.00 |
| IPG | 12/14/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 12/14/2011 | IPG | Reviewing prior correspondence to T Swanson requesting information regarding the underlying note(.20); drafted follow up e-mail to same advising that I would currently be willing to recommend to the Trustee and the Court a 2/3 to the Estate compromise(.20) | | 0.40 hrs. | | 124.00 |
| IPG | 12/15/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/15/2011 | IPG | Correspond with(.10) and review correspondence from T Swanson(.10) regarding $57K issue and Motion for Turnover of Tax refund | | 0.20 hrs. | | 62.00 |
| IPG | 01/27/2012 | | 0.50 | 0.50 | 320.00 | 160.00 |
| 01/27/2012 | IPG | Review correspondence file regarding Community | | 0.50 hrs. | | 160.00 |

ROSTD1     ROSTEIN, DANIEL A                    Invoice#   0          Page  3

Bank(.40); drafted follow up e-mail to T Swanson,
counsel for Community Bank suggesting a
resolution of the matter(.10)

| IPG | 03/01/2012 | | 0.20 | 0.20 | 320.00 | | 64.00 |
|---|---|---|---|---|---|---|---|
| 03/01/2012 | IPG | Reviewing file for outstanding correspondence to J Stein(.10); follow up with same(.10) regarding Community Bank matter. No charge has been made for this time. | | | 0.20 hrs. | | 0.00 |

| IPG | 03/20/2012 | | 0.60 | 0.60 | 320.00 | | 192.00 |
|---|---|---|---|---|---|---|---|
| 03/20/2012 | IPG | Reviewing file concerning Community South correspondence to counsel for same, Joel Stein(.40); drafted follow up correspondence to J Stein(.10); reviewing response from same advising that he has had difficulties with the people in the know being on vacation and plans to get back to us shortly(.10). | | | 0.60 hrs. | | 192.00 |

| IPG | 03/27/2012 | | 0.40 | 0.40 | 320.00 | | 128.00 |
|---|---|---|---|---|---|---|---|
| 03/27/2012 | IPG | Reviewing correspondence from J Stein regarding Community Bank issues(.20); follow up with same(.20). No charge has been made for this time. | | | 0.40 hrs. | | 0.00 |

| IPG | 04/11/2012 | | 0.80 | 0.80 | 320.00 | | 256.00 |
|---|---|---|---|---|---|---|---|
| 04/11/2012 | IPG | Review correspondence to Joel Stein and his office since November(.40); drafted updated request to same for information along with a proposed settlement which I would be willing to recommend to the Trustee(.40). No charge has been made for this time. | | | 0.80 hrs. | | 0.00 |

| IPG | 04/20/2012 | | 0.20 | 0.20 | 320.00 | | 64.00 |
|---|---|---|---|---|---|---|---|
| 04/20/2012 | IPG | Reviewing file regarding Community South(.10) and drafted follow up e-mail to J Stein(.10). No charge has been made for this time. | | | 0.20 hrs. | | 0.00 |

| IPG | 04/23/2012 | | 0.30 | 0.30 | 320.00 | | 96.00 |
|---|---|---|---|---|---|---|---|
| 04/23/2012 | IPG | Reviewing file regarding Community South(.20) and follow up with J Stein who is counsel for same(.10). No charge has been made for this time. | | | 0.30 hrs. | | 0.00 |

| IPG | 05/07/2012 | | 0.10 | 0.10 | 320.00 | | 32.00 |
|---|---|---|---|---|---|---|---|
| 05/07/2012 | IPG | Review correspondence from J Stein on behalf of Community Bank)(.10) | | | 0.10 hrs. | | 32.00 |

| IPG | 05/14/2012 | | 0.30 | 0.30 | 320.00 | | 96.00 |
|---|---|---|---|---|---|---|---|
| 05/14/2012 | IPG | Review file concerning Community Bank(.20) and follow up with Joel Stein requesting an update regarding Community Bank(.10). No charge has been made for this time. | | | 0.30 hrs. | | 0.00 |

| IPG | 05/22/2012 | | 0.20 | 0.20 | 320.00 | | 64.00 |
|---|---|---|---|---|---|---|---|
| 05/22/2012 | IPG | Review prior correspondence from J Stein on behalf of Community Bank(.10); follow up with same concerning their well overdue response/counteroffer(.10). No charge has been made for this time. | | | 0.20 hrs. | | 0.00 |

ROSTD1       ROSTEIN, DANIEL A                                    Invoice#   0            Page  4

| IPG | 06/05/2012 | | | 0.10 | 0.10 | 320.00 | | 32.00 |
|---|---|---|---|---|---|---|---|---|
| 06/05/2012 | IPG | Review file and correspond with J Stein regarding status of overdue counteroffer | | 0.10 | hrs. | | | 32.00 |
| **IPG** | **06/19/2012** | | | **0.40** | **0.40** | **320.00** | | **128.00** |
| 06/19/2012 | IPG | Reviewing file and follow up with J Stein regarding the Community Bank matter. No charge has been made for this time. | | 0.40 | hrs. | | | 0.00 |
| **IPG** | **07/10/2012** | | | **0.10** | **0.10** | **320.00** | | **32.00** |
| 07/10/2012 | IPG | Drafted follow up e-mail to Joel Stein regarding Community Bank matter | | 0.10 | hrs. | | | 32.00 |
| **IPG** | **07/25/2012** | | | **0.50** | **0.50** | **320.00** | | **160.00** |
| 07/25/2012 | IPG | Reviewing prior correspondence to and from J Stein(.20); drafted correspondence to same advising him of his prior commitments(.20); review follow up correspondence from J Stein promising a proposal on or before 7/30/12(.10) | | 0.50 | hrs. | | | 160.00 |
| **IPG** | **07/30/2012** | | | **0.20** | **0.20** | **320.00** | | **64.00** |
| 07/30/2012 | IPG | Follow up with J Stein regarding promised counteroffer related to Community Bank.  No charge has been made for this time. | | 0.20 | hrs. | | | 0.00 |
| **IPG** | **07/31/2012** | | | **0.20** | **0.20** | **320.00** | | **64.00** |
| 07/31/2012 | IPG | Review correspondence from J Stein essentially stating that it would take a bit more time this week to respond with a counterproposal. No charge has been made for this time. | | 0.20 | hrs. | | | 0.00 |
| **IPG** | **08/03/2012** | | | **0.20** | **0.20** | **320.00** | | **64.00** |
| 08/03/2012 | IPG | Draft follow up correspondence to J Stein regarding the Community Bank matter(.10); review correspondence from same(.10). No charge has been made for this time. | | 0.20 | hrs. | | | 0.00 |
| **IPG** | **08/13/2012** | | | **0.20** | **0.20** | **320.00** | | **64.00** |
| 08/13/2012 | IPG | Reviewing prior correspondence and follow up with J Stein regarding the long overdue expected counterproposal. No charge has been made for this time. | | 0.20 | hrs. | | | 0.00 |
| **IPG** | **08/17/2012** | | | **1.40** | **1.40** | **320.00** | | **448.00** |
| 08/17/2012 | IPG | Reviewing prior correspondence(.10) and follow up with J Stein regarding promised counteroffer(.10); review response for J Stein requesting that I pull some documents for him(.10); reviewing file related to same and pull certain documents regarding payments made both prior to and after the June 2010 letter that he sent to Tamar(1.00); drafted responsive e-mail to same tendering certain Tamar Bank Statements evidencing payments that were made(.10) | | 1.40 | hrs. | | | 448.00 |
| **IPG** | **08/29/2012** | | | **0.10** | **0.10** | **320.00** | | **32.00** |
| 08/29/2012 | IPG | Follow up with J Stein regarding status of the anticipated counteroffer. No charge has been made for this time. | | 0.10 | hrs. | | | 0.00 |

ROSTD1      ROSTEIN, DANIEL A                          Invoice#   0              Page  5

| IPG | 08/30/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
|---|---|---|---|---|---|---|
| 08/30/2012 | IPG | Review correspondence from J Stein promising a counteroffer next week. No charge has been made for this time. | 0.10 hrs. | | | 0.00 |
| IPG | 09/07/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 09/07/2012 | IPG | Correspond with J Stein regarding long overdue counteroffer due from his office on the Community Bank matter. No charge has been made for this time. | 0.20 hrs. | | | 0.00 |
| IPG | 09/12/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 09/12/2012 | IPG | Preliminary review of nominal offer from Community Bank (Joel Stein). No charge has been made for this time. | 0.10 hrs. | | | 0.00 |
| IPG | 09/19/2012 | | 1.00 | 1.00 | 320.00 | 320.00 |
| 09/19/2012 | IPG | Review $3500 offer from Community Bank(.10); review file related to same(.50) and drafted responsive e-mail making a counteroffer, subject to the Trustee's and the Court's approval(.40) | 1.00 hrs. | | | 320.00 |
| IPG | 09/21/2012 | | 1.50 | 1.50 | 320.00 | 480.00 |
| 09/21/2012 | IPG | Research regarding Community Bank acceleration of obligations and waiver issues | 1.50 hrs. | | | 480.00 |
| IPG | 10/01/2012 | | 0.30 | 0.30 | 320.00 | 96.00 |
| 10/01/2012 | IPG | Reviewing prior correspondence to J Stein regarding Community Bank(.20); follow up with J Stein concerning same(.10). No charge has been made for this time. | 0.30 hrs. | | | 0.00 |
| IPG | 10/09/2012 | | 0.40 | 0.40 | 320.00 | 128.00 |
| 10/09/2012 | IPG | Reviewing prior correspondence to J Stein(.20) and follow up with same to request a response by the week of 10/15/12(.20). No charge has been made for this time. | 0.40 hrs. | | | 0.00 |
| IPG | 10/22/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 10/22/2012 | IPG | Reviewing prior correspondence to J Stein and drafting follow up e-mail to same requesting either a counteroffer or responses to my outstanding inquiries. No charge has been made for this time. | 0.20 hrs. | | | 0.00 |
| IPG | 11/02/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 11/02/2012 | IPG | Correspond with J Stein to request information and/or a counteroffer | 0.10 hrs. | | | 32.00 |
| IPG | 11/06/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 11/06/2012 | IPG | Follow up with J Stein regarding my outstanding inquiries concerning Community Bank. No charge has been made for this time. | 0.10 hrs. | | | 0.00 |
| IPG | 11/12/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 11/12/2012 | IPG | Continued follow up with J Stein to urge production of information and/or a counterproposal | 0.10 hrs. | | | 32.00 |
| IPG | 11/16/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 11/16/2012 | IPG | Follow up with J Stein regarding Community Bank. No charge has been made for this time. | 0.10 hrs. | | | 0.00 |

ROSTD1      ROSTEIN, DANIEL A                          Invoice#   0            Page 6

| IPG | 11/26/2012 | | 1.10 | 1.10 | 320.00 | | 352.00 |
|-----|-----------|--|------|------|--------|--|--------|
| 11/26/2012 | IPG | Review correspondence from J Stein (.10); reviewing the file related to same(.50) and drafted responsive e-mail to same (.50) | 1.10 | hrs. | | | 352.00 |
| IPG | 11/27/2012 | | 1.10 | 1.10 | 320.00 | | 352.00 |
| 11/27/2012 | IPG | Reviewing correspondence from J Stein on behalf of Community Bank(.10); continued review of file regarding same(.40); drafted e-mail to same(.60). No charge has been made for this time. | 1.10 | hrs. | | | 0.00 |
| IPG | 12/03/2012 | | 0.10 | 0.10 | 320.00 | | 32.00 |
| 12/03/2012 | IPG | Review file regarding status of discussions with Joel Stein counsel for Community Bank. No charge has been made for this time. | 0.10 | hrs. | | | 0.00 |
| IPG | 12/04/2012 | | 0.20 | 0.20 | 320.00 | | 64.00 |
| 12/04/2012 | IPG | Review file and left message for J Stein regarding the Community Bank matter and my suggestion we find some way to bridge the gap. No charge has been made for this time. | 0.20 | hrs. | | | 0.00 |
| IPG | 12/06/2012 | | 0.40 | 0.40 | 320.00 | | 128.00 |
| 12/06/2012 | IPG | Continued review of correspondence and follow up with J Stein regarding Community Bank matter. No charge has been made for this time. | 0.40 | hrs. | | | 0.00 |
| IPG | 12/10/2012 | | 0.30 | 0.30 | 320.00 | | 96.00 |
| 12/10/2012 | IPG | Review file notes(.10) and confer with J Stein regarding attempting to resolve the matter(.20). No charge has been made for this time. | 0.30 | hrs. | | | 0.00 |
| IPG | 12/21/2012 | | 0.30 | 0.30 | 320.00 | | 96.00 |
| 12/21/2012 | IPG | Met with K McFarland regarding status of matter (.10); follow up with J. Stein-counsel for Community Bank (.20) | 0.30 | hrs. | | | 96.00 |
| IPG | 01/09/2013 | | 0.20 | 0.20 | 330.00 | | 66.00 |
| 01/09/2013 | IPG | Reviewing file(.10) and follow up with J Stein regarding my suggestions to resolve the Community Bank matter(.10). No charge has been made for this time. | 0.20 | hrs. | | | 0.00 |
| IPG | 01/10/2013 | | 0.50 | 0.50 | 330.00 | | 165.00 |
| 01/10/2013 | IPG | Review $10K counteroffer from counsel for Community Bank and counter by offering to recommend $16.5K to the Trustee | 0.50 | hrs. | | | 165.00 |
| IPG | 01/11/2013 | | 1.60 | 1.60 | 330.00 | | 528.00 |
| 01/11/2013 | IPG | Agreed with J Stein to recommend $13.5K settlement to the court and to the Trustee(.10); working on draft Motion and Order regarding same(1.50) | 1.60 | hrs. | | | 528.00 |
| IPG | 01/14/2013 | | 1.50 | 1.50 | 330.00 | | 495.00 |
| 01/14/2013 | IPG | Continued work on settlement motion, order and dictated service list instructions | 1.50 | hrs. | | | 495.00 |
| IPG | 01/15/2013 | | 1.50 | 1.50 | 330.00 | | 495.00 |
| 01/15/2013 | IPG | Correspond with R Mason regarding $13,500 deal I | 1.50 | hrs. | | | 495.00 |

ROSTD1    ROSTEIN, DANIEL A    Invoice#  0    Page  7

desire to recommend to the court(.10); reviewing and making final changes to draft motion and order which I intend to send to J Stein for review(1.00); drafted cover e-mail to J Stein tendering draft Motion and Order for his review and comments(.20); correspond further with J Stein who will review the draft Motion and Order and advise(.20)

| IPG | 01/18/2013 | | 0.10 | 0.10 | 330.00 | 33.00 |
|---|---|---|---|---|---|---|
| 01/18/2013 | IPG | Follow up with J Stein regarding settlement Motion. No charge has been made for this time. | | 0.10 hrs. | | 0.00 |

| IPG | 01/21/2013 | | 0.20 | 0.20 | 330.00 | 66.00 |
|---|---|---|---|---|---|---|
| 01/21/2013 | IPG | Correspond with J Stein who approved the settlement motion | | 0.20 hrs. | | 66.00 |

| IPG | 01/22/2013 | | 0.40 | 0.40 | 330.00 | 132.00 |
|---|---|---|---|---|---|---|
| 01/22/2013 | IPG | Continued correspondence with J Stein to advise that the estate will not be addressing Tamar and he acknowledged same(.20); readied Settlement Motion for service and filing(.20). | | 0.40 hrs. | | 132.00 |

| IPG | 02/08/2013 | | 0.40 | 0.40 | 330.00 | 132.00 |
|---|---|---|---|---|---|---|
| 02/08/2013 | IPG | Confer with J Stein who supports the motion, has the check for $13,500, but will be out of town and his office will mail it upon receipt of the order(.10); update order regarding same(.10); correspond with J Stein regarding same(.20) | | 0.40 hrs. | | 132.00 |

| IPG | 02/13/2013 | | 1.00 | 1.00 | 330.00 | 330.00 |
|---|---|---|---|---|---|---|
| 02/13/2013 | IPG | Prepared for (.40) and appeared on motion to Settle with Community Bank (.50); confer with J Corbett, counsel for debtor after same and advised that once retirement funds are cashed in, they lose their designation unless promptly rolled over (.10) | | 1.00 hrs. | | 330.00 |

| IPG | 02/14/2013 | | 0.20 | 0.20 | 330.00 | 66.00 |
|---|---|---|---|---|---|---|
| 02/14/2013 | IPG | Receive entered compromise order on ECF and correspond with J Stein and the Trustee regarding same. No charge has been made for this time. | | 0.20 hrs. | | 0.00 |

TOTAL PROFESSIONAL SERVICES                    $6,695.00

Billing Summary
Total professional services                    $6,695.00
Total of new charges for this invoice          $6,695.00

**Total balance now due**                      **$6,695.00**

|  | | | |
|---|---|---|---|
| IPG | 28.70 | 233.28 | $6,695.00 |
|  | 28.70 | | $6,695.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 19, 2013

RICHARD MASON, TRUSTEE
DANIEL A ROSTINE BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#  ROSTD1     00034
Billing through  03/19/2013

**TURNOVER MOTION**
**CHAPTER 7   11 B 14185**
**DANIEL A. ROSTEIN**

Payments received since last invoice            $0.00

Balance brought forward                         $0.00

PROFESSIONAL SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| IPG | 03/19/2013 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 11/21/2011 | IPG | Confer with J Corbett regarding repayment of $14K and change by debtor-he advises that the debtor will send somewhere near $1500 for the next two months(.10) | | 0.10 hrs. | | 31.00 |
| IPG | 11/30/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 11/30/2011 | IPG | Turnover-working on Motion for Turnover regarding tax refund and related draft order | | 1.00 hrs. | | 310.00 |
| IPG | 12/01/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 12/01/2011 | IPG | Turnover Motion-Continued work on turnover motion and draft order | | 0.50 hrs. | | 155.00 |
| IPG | 12/02/2011 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 12/02/2011 | IPG | Finalized Motion for Turnover and related order concerning tax refund issue(.60); confer with R Mason regarding same(.10) | | 0.70 hrs. | | 217.00 |
| IPG | 12/19/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 12/19/2011 | IPG | Confer with Jim Corbett twice regarding turnover motion and agreed to terms of a proposed order(.40); correspond with R Mason and K McFarland regarding same(.20) | | 0.60 hrs. | | 186.00 |
| IPG | 12/20/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 12/20/2011 | IPG | Prepared for(.20); met with J Corbett regarding turnover motion(.10); allocated appearance time regarding same(.40) and correspond with K McFarland, the Trustee's paralegal concerning same(.40); additional follow up with K McFarland and R Mason regarding entry of turnover order(.10); updated file concerning debtor's | | 1.00 hrs. | | 310.00 |

ROSTD1     ROSTEIN, DANIEL A                               Invoice#  0              Page  2

obligations(.10)

| IPG | 01/17/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
|---|---|---|---|---|---|---|
| 01/17/2012 | IPG | Correspond with J Corbett regarding the minimum of $1500 due to the estate this month | 0.10 hrs. | | | 32.00 |

| IPG | 01/27/2012 | | 0.40 | 0.40 | 320.00 | 128.00 |
|---|---|---|---|---|---|---|
| 01/27/2012 | IPG | Reviewing file concerning monies owed under Turnover ORder(.20); correspond with J Corbett regarding January payment and other obligations of the Debtor(.20). | 0.40 hrs. | | | 128.00 |

| IPG | 03/15/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
|---|---|---|---|---|---|---|
| 03/15/2012 | IPG | Review correspondence from J Corbett regarding $1500 payment(.10); correspond with same concerning additional payments due by 4/30/12 and status of 2011 tax refunds, if any(.10) | 0.20 hrs. | | | 64.00 |

| IPG | 03/20/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
|---|---|---|---|---|---|---|
| 03/20/2012 | IPG | Met with J Corbett regarding remaining $8400 due and issues surrounding 25% of the 2011 refunds amounts, if any | 0.10 hrs. | | | 32.00 |

| IPG | 04/10/2012 | | 0.50 | 0.50 | 320.00 | 160.00 |
|---|---|---|---|---|---|---|
| 04/10/2012 | IPG | Review correspondence from J Corbett regarding $1500 repayment to Trustee regarding the tax refund for 2010(.10); correspond with J Corbett to inquire regarding remaining monies due 4/30/12 and to request the tax returns for 2011 and also to remind him that the debtor is not to dissipate any tax refunds until all monies are paid to the Estate(.20); follow up with K McFarland, the Trustee's paralegal, regarding same(.20). | 0.50 hrs. | | | 160.00 |

| IPG | 04/26/2012 | | 0.40 | 0.40 | 320.00 | 128.00 |
|---|---|---|---|---|---|---|
| 04/26/2012 | IPG | Review correspondence regarding tax refund monies to be turned over to the estate(.20) and correspond with K McFarland regarding same(.20). | 0.40 hrs. | | | 128.00 |

| IPG | 04/30/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
|---|---|---|---|---|---|---|
| 04/30/2012 | IPG | Follow up with K McFarland regarding tax refund issues | 0.20 hrs. | | | 64.00 |

| IPG | 05/02/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
|---|---|---|---|---|---|---|
| 05/02/2012 | IPG | Correspond with K McFarland regarding funds received to date from the debtor regarding the tax refund issues | 0.20 hrs. | | | 64.00 |

| IPG | 05/03/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
|---|---|---|---|---|---|---|
| 05/03/2012 | IPG | Correspond with K McFarland about monies due from the debtor | 0.20 hrs. | | | 64.00 |

| IPG | 05/04/2012 | | 0.50 | 0.50 | 320.00 | 160.00 |
|---|---|---|---|---|---|---|
| 05/04/2012 | IPG | Review tax return information to estimate additional monies due under the Turnover Order(.20); correspond with K McFarland regarding same(.20); follow up with J Corbett regarding same(.10) | 0.50 hrs. | | | 160.00 |

ROSTD1      ROSTEIN, DANIEL A                          Invoice#  0              Page  3

| IPG | 05/07/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
|---|---|---|---|---|---|---|
| 05/07/2012 | IPG | Review correspondence from J Corbett regarding tax refund monies(.10); follow up with J Corbett about the additional $4271.72 that appears to be overdue(.10). | 0.20 | hrs. | | 64.00 |
| IPG | 05/08/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 05/08/2012 | IPG | Review e-mail from J Corbett advising that the final tax refund payments were made in late April and were mailed to the Trustee(.10); follow up with K McFarland concerning same via e-mail to same(.10) | 0.20 | hrs. | | 64.00 |
| IPG | 05/09/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 05/09/2012 | IPG | Review file (.10) and respond to correspondence from K McFarland who will follow up on payments the debtor's counsel states were sent to the Trustee(.10) | 0.20 | hrs. | | 64.00 |
| IPG | 05/10/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 05/10/2012 | IPG | Review e-mail from J Corbett to K McFarland(.05) and follow up with K McFarland regarding the status of the alleged final payments related to the turnover motion(.05) | 0.10 | hrs. | | 32.00 |
| IPG | 05/14/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 05/14/2012 | IPG | Review correspondence regarding final payments due under the turnover order(.05); correspond with Jim Corbett and K McFarland to advise I would continue the matter, up on 5/16, for about 30 days(.05) | 0.10 | hrs. | | 32.00 |
| IPG | 05/15/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 05/15/2012 | IPG | Review correspondence from J Corbett regarding reissued checks(.10) and initial preparation for court tomorrow on the status of the Turnover Motion(.10) | 0.20 | hrs. | | 64.00 |
| IPG | 05/16/2012 | | 1.50 | 1.50 | 320.00 | 480.00 |
| 05/16/2012 | IPG | Prepared for(.40) and appeared on Motion for Turnover(1.00); correspond with J Corbett and K McFarland regarding continuance of same until 6/19(.10) | 1.50 | hrs. | | 480.00 |
| IPG | 05/17/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 05/17/2012 | IPG | Review correspondence from K McFarland about receipt of checks regarding tax refund turnover issues(.10); correspond with K McFarland to request verification, on or before 6/12/12, that these checks do clear(.10) | 0.20 | hrs. | | 64.00 |
| IPG | 05/22/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 05/22/2012 | IPG | Review file regarding Turnover Motion(.10); dictated initial draft of Order on the Continued Status(.10) | 0.20 | hrs. | | 64.00 |
| IPG | 05/23/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 05/23/2012 | IPG | Review and revise draft order regarding Turnover Motion | 0.20 | hrs. | | 64.00 |

ROSTD1      ROSTEIN, DANIEL A                              Invoice#   0            Page  4

| IPG | 06/01/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
|-----|------------|--|------|------|--------|-------|
| 06/01/2012 | IPG | Follow up with K McFarland about tax refund payments to the estate and also concerning Hinsdale Property | | 0.10 hrs. | | 32.00 |
| IPG | 06/18/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 06/18/2012 | IPG | Preparation for court on Turnover Motion | | 0.20 hrs. | | 64.00 |
| IPG | 06/19/2012 | | 1.40 | 1.40 | 320.00 | 448.00 |
| 06/19/2012 | IPG | Prepared for(.40) and appeared on status of Motion for Turnover and had an Order Adjourning the Turnover Motion entered(.60); confer with J Corbett after court concerning same and general status of the case(.10);  Correspond with D Hogan regarding the order required for court regarding the adjournment of the Turnover Motion(.20); correspond with R Mason and K McFarland and forwarded turnover order to same(.10) | | 1.40 hrs. | | 448.00 |

TOTAL PROFESSIONAL SERVICES            $3,641.00

Billing Summary
Total professional services                    $3,641.00
Total of new charges for this invoice          $3,641.00


**Total balance now due**                    **$3,641.00**


IPG                          11.50      316.61        $3,641.00

                             11.50                    $3,641.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 19, 2013

RICHARD MASON, TRUSTEE
DANIEL A ROSTINE BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#  83154
Client#  ROSTD1    00029
Billing through  03/19/2013

---

**CASH ADVANCED**
**CHAPTER 7   11 B 14185**
**DANIEL A. ROSTEIN**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

<u>EXPENSES</u>

| PO | 06/08/2011 | $37.12 | |
|---|---|---|---|
| 06/08/2011 | POSTAGE (58) | | 37.12 |

| DU | 06/20/2011 | $81.20 | |
|---|---|---|---|
| 06/20/2011 | DUPLICATION (812) | | 81.20 |

| DU | 06/27/2011 | $79.50 | |
|---|---|---|---|
| 06/27/2011 | DUPLICATION (795) | | 79.50 |

| PO | 06/27/2011 | $33.92 | |
|---|---|---|---|
| 06/27/2011 | POSTAGE (53) | | 33.92 |

| PO | 07/14/2011 | $33.92 | |
|---|---|---|---|
| 07/14/2011 | POSTAGE (53) | | 33.92 |

| P | 07/23/2012 | $0.30 | |
|---|---|---|---|
| Vendor PACER, PACER SERVICE CENTER Invoice # DL0359-Q22012 | | | |
| 07/23/2012 | PACER RESEARCH | | 0.30 |

| CM | 01/22/2013 | $9.10 | |
|---|---|---|---|
| 01/22/2013 | CERTIFIED MAIL (14) | | 9.10 |



$275.06

Billing Summary
Total expenses incurred                                    $275.06
Total of new charges for this invoice                      $275.06


**Total balance now due**                                  **$275.06**


                                    0.00                      $0.00