**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ROSTEIN, DANIEL A             § Case No. 11-14185
                                      §
                                      §
Debtor(s)                             §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>RICHARD J. MASON              </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   Office of Court Clerk
   U.S. Bankruptcy Court
   219 S Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 10 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:30am on 10/29/2013 in Courtroom 613, United States Courthouse,
219 S. Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 09/27/2013  By: /s/ Richard J. Mason
                                                                                    Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ROSTEIN, DANIEL A   §   Case No. 11-14185
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 174,207.86 |
| *and approved disbursements of* | $ 94,438.80 |
| *leaving a balance on hand of* [1] | $ 79,769.06 |
| **Balance on hand:** | $ 79,769.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 19S | BMO Harris Bank, N.A. | 570,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:　$　0.00
Remaining balance:　$　79,769.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 7,918.51 | 0.00 | 7,918.51 |
| Trustee, Expenses - RICHARD J. MASON | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee, Fees - DiMonte & Lizak, LLC | 50,000.00 | 0.00 | 50,000.00 |
| Attorney for Trustee, Expenses - DiMonte & Lizak, LLC | 275.06 | 0.00 | 275.06 |

Total to be paid for chapter 7 administration expenses:　$　58,193.57
Remaining balance:　$　21,575.49

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 21,575.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $164,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | John P Bensfield-Claims 11,12 and 13 have a higher priority | 0.00 | 0.00 | 0.00 |
| 11 | Judy Guitelman - See DKT #57, Paragraphs 3 & 4 | 100,000.00 | 0.00 | 13,155.79 |
| 12 | Schiller DuCanto and Fleck LLP - See DKT# 57, Par. 3, 4 | 55,000.00 | 0.00 | 7,235.68 |
| 13 | Scott, Horewitch, Pidgeon & Abrams, LLC-See DKT #57,par. 3,4 | 9,000.00 | 0.00 | 1,184.02 |

Total to be paid for priority claims: $ 21,575.49
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 510,287.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Porsche Financial Services | 41,620.18 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 13,441.47 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 14,175.00 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 26,385.76 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 6 | The Medical Protective Company | 9,913.00 | 0.00 | 0.00 |
| 7 | Capital Recovery V, LLC | 4,233.87 | 0.00 | 0.00 |
| 8 | American Express Bank, FSB | 2,731.29 | 0.00 | 0.00 |
| 9 | American Express Centurion Bank | 1,567.83 | 0.00 | 0.00 |
| 10 | Roberts and Associates PC - See DKT #57, Par. 2 | 42,416.27 | 0.00 | 0.00 |
| 14 | Kamensky Rubinstein Hochman and Delott | 3,079.59 | 0.00 | 0.00 |
| 15 | Henry Schein | 3,310.59 | 0.00 | 0.00 |
| 16 | Hologic LP | 15,617.00 | 0.00 | 0.00 |
| 17 | Community Bank of Oak Park River Forest | 215,984.54 | 0.00 | 0.00 |
| 18 | VHS of Illinois Inc dba MacNeal Hospital | 98,938.36 | 0.00 | 0.00 |
| 19U | BMO Harris Bank, N.A. | 16,872.53 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $           0.00
Remaining balance:   $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $           0.00
Remaining balance:   $           0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By:  /s/RICHARD J. MASON
                              Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                            Case No. 11-14185-TAB
Daniel A Rostein                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhuley                 Page 1 of 3             Date Rcvd: Sep 30, 2013
                              Form ID: pdf006              Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2013.
db            Daniel A Rostein,    7846 Forest Hill Road,    Burr Ridge, IL 60527
17291301     +Advenist Hinsdale Hospital,    POB 1965,    Southgate, MI 48195-0965
17291302      Allergen,    525 Dupont Drive,    Irvine, CA 92612
17291289      Alternative Medi-Spa Inc,    c/o Dr. Daniel A Rostein,    7846 Forest Hill Road,
               Burr Ridge, IL 60527
17068087      American Express,    P.O. Box 360001,    Fort Lauderdale,    FL 33336-0001
17068086      American Express,    PO Box 981540,    El Paso TX 79998-1540
17826675      American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17844282      American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17894645     +BMO Harris Bank, N.A.,    c/o - Howard and Howard Attorneys, PLLC,
               200 S. Michigan Ave., Ste. 1100,     Chicago, IL 60604-2461
17291303     +Bank of America,    POB 21848,    Greensboro, NJ 27420-1848
17068088     +Business and Professional Consultants Ltd,     155 N Pfingsten Road,    Suite 325,
               Deerfield IL 60015-4989
17625557      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17068089      Chase Card Services,    c/o Cardmember Service,    PO Box 15298,    Wilmington DE 19850-5298
17068090      CitiBusiness Card,    BOX 6235,    Sioux Falls SD 57117-6235
17068091      Community Bank of Oak Park River Forest,     1001 Lake Street,    Oak Park IL 60301-1101
17068092     +Community Bank of Oak Park River Forest,     c/o Deutsch, Levy & Engel Chartered,
               225 W Washington Street Suite 1700,     Chicago IL 60606-3404
17068093    #+Conceptus Incorporated,    331 East Evelyn Avenue,    Mountain View CA 94041-1530
17068094     +De Lage Landen Financial Services,     c/o GB Collects LLC,    145 Bradford Drive,
               W Berlin NJ 08091-9269
17068095      Dell Financial Services,    12234 N I-35,    Austin TX 78753-1705
17068097      GE Healthcare Financial Services,    500 West Monroe Street,     Chicago IL 60661-3679
17068098     +GE Healthcare Financial Services,    2 Bethesda Metro Center,     Suite 600,
               Bethesda MD 20814-6308
17068096     +GE Healthcare Financial Services,    c/o Valentine & Kebartas Inc,     PO Box 325,
               Lawrence MA 01842-0625
17068100     +Genesis Clinical Laboratory,    c/o Law Offices of Arnold H Landis,
               77 W Washington St Suite 702,    Chicago IL 60602-3267
17068099     +Genesis Laboratory aka,    Genesis Clinical Laboratory,     3231 South Euclid Ave,
               Berwyn IL 60402-3467
17068103    ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4037
              (address filed with court: Harris NA,     111 W Monroe St,    Chicago IL   60603)
17291299     +Harris NA,    CLC Servicing Dept D,    POB 5043,    Rolling Meadows, IL 60008-5043
17291297     +Henry Schein,    80 Summit View Lane,    Bastian, VA 24314-5299
17068104     +Hologic LP,    250 Campus Drive,    Marlborough MA 01752-3020
17068105     +Iron Mountain,    745 Atlantic Ave,    Boston MA 02111-2717
17291292     +John P Bensfield,    6912 W Cermak Rd,    Berwyn, IL 60402-2244
17068101      Judy Guitelman,    c/o Timothy M. Daw,    Schiller DuCanto and Fleck LLP,
               311 S County Farm Rd Suite G,     Wheaton IL 60187-2477
17521695     +Judy Guitelman,    c/o Grochocinski, Grochocinski & Lloyd,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
17291395     +Judy Guitelman,    c/o Timothy Daw Schiller,    DuCanto & Fleck LLP,     311 S County Farm Rd. Ste G,
               Wheaton, IL 60187-2477
17068106     +Kamensky Rubinstein Hochman and Delott,     7250 N Cicero Ave,    Unit 200,
               Lincolnwood IL 60712-1693
17068107     +LabCorp,    321 West Lake Street,    Suite C,    Elmhurst IL 60126-1539
17291291     +Lyon Around LLC,    c/o Douglas Gannett,    707 Skokie Blvd. Ste 210,    Northbrook, IL 60062-2837
17291305     +Macy’s,    Bankruptcy Processing,    POB 8053,    Mason, OH 45040-8053
17068109     +Manifest Funding Service,    1450 Channel Pkwy,    Marshall MN 56258-4005
17068108      Manifest Funding Service,    1310 Madrid St,    Suite 100,    Marshall MN 56258-4001
17068110     +Medical Business Consultants,    155 N Pfingsten Road,     Deerfield IL 60015-4989
17068111     +Medical Business Office Services Inc,     1127 S Mannheim Road,    Suite 116,
               Westchester IL 60154-2551
17068112     +Medical Business Office Services Inc,     c/o Ian Brenson,    Attorney at Law,
               1030 S La Grange Road  #28,    La Grange IL 60525-2864
17291295     +Merck Sharp & Dohme Corp,    One Merck Drive,    Whitehouse Station, NJ 08889-3497
17068113     +N & P Diagnostics Inc,    c/o Carl Kubaszewski,    77 W Washington St Suite 1201,
               Chicago IL 60602-3242
17068114      N R I Laboratories,    5646 W North Ave,    Chicago  IL 60639-4150
17291296     +N R I Labortoraies,    5960 N. Milwauke Ave,    Chicago, IL 60646-5424
17291300     +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
17068115     +Porsche Financial Services,    Customer Service,    4343 Commerce Court,     Suite 300,
               Lisle IL 60532-3616
17291306     +Roberts & Associates PC,    Attn Danielle M Jaeschke,     104 E Roosevelt Rd Ste 202,
               Wheaton, IL 60187-5200
17068116     +Roberts and Associates PC,    c/o John A Lipinsky,    650 Warrenville Road, Ste. 500,,
               Lisle, IL 60532-4318
17068117      Schiller DuCanto and Fleck LLP,    311 S County Farm Rd Suite G,     Wheaton IL 60187-2477
17870127     +Scott, Horewitch, Pidgeon & Abrams, LLC,     Attn: Alan Horewitch,
               2150 East Lake Cook Road, Suite 560,    Buffalo Grove, IL 60089-1889
17291298      Tamar Ltd,    c/o Daniel A Rostein,    7846 Forest Hill Road,    Burr Ridge, IL 60527
```

```
District/off: 0752-1          User: lhuley                Page 2 of 3                   Date Rcvd: Sep 30, 2013
                              Form ID: pdf006             Total Noticed: 63


17291294     +The Medical Protective Company,    5814 Reed Rd,   Ft. Wayne, IN 46835-3500
17291290     +TheraCom,   9717 Key Wesst Ave,   Rockville, MD 20850-3982
17068121     +VHS of Illinois Inc dba MacNeal Hospital,    c/o John M. Brom,    Querrey & Harrow Ltd.,
               175 W. Jackson Blvd.#1600,   Chicago, IL 60604-2686
17068122     +VHS of Illinois Inc dba MacNeal Hospital,    c/o Timothy R Rabel,    Querrey and Harrow,
               175 W Jackson Blvd  Suite 1600,   Chicago IL 60604-2686
17068120     +Vanguard Health System Inc,   20 Burton Hills Blvd,   Suite 100,    Nashville TN 37215-6409,
               Attn: General Counsel

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20416085      E-mail/PDF: rmscedi@recoverycorp.com Oct 01 2013 02:12:53     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
17291304     +E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2013 02:09:55      GE Money Bank,   POB 981438,
               El Paso, TX 79998-1438
17806808      E-mail/PDF: rmscedi@recoverycorp.com Oct 01 2013 02:10:48     GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17291396     +E-mail/Text: cio.bncmail@irs.gov Oct 01 2013 01:45:50      Internal Revenue Service,   POB 7346,
               Philadelphia, PA 19101-7346
20416086      E-mail/PDF: rmscedi@recoverycorp.com Oct 01 2013 02:08:05
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17068102*    ++HARRIS NA,   3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4037
               (address filed with court:  Harris NA,    PO Box 5041,   3800 Golf Road,   Suite 300-B,
               Rolling Meadows IL 60008)
17291293    ##+Lyon Financial Services Inc,   Manifest Funding Service (USBANCORP),    c/o Kramer & Associates,
               POB 500,   Westwood, NJ 07675-0500
17068118    ##+Si! Advertising Inc,   6013 W Cermak,   Cicero IL 60804-2018
17068119    ##+Susquehanna Financial,   c/o Susquehanna Commercial Finance Inc,    1566 Medical Dr,   Suite 201,
               Pottstown PA 19464-3229
                                                                                              TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2013                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2013 at the address(es) listed below:
         Ariane Holtschlag    on behalf of Creditor Judy  Guitelman aholtschlag@wfactorlaw.com,
           gsullivan@wfactorlaw.com
         Daniel Rubin    on behalf of Creditor    BMO Harris Bank drubin@howardandhoward.com
         David E Grochocinski    on behalf of Creditor Judy  Guitelman lawyers@innovalaw.com,
           lawyers@innovalaw.com
         Elizabeth A. Bates    on behalf of Creditor   Schiller, DuCanto & Fleck, LLP
           ebates@springerbrown.com
         Ira P Goldberg    on behalf of Trustee Richard J Mason igoldberg@dimontelaw.com,
           jhutter@dimontelaw.com
         James W Corbett    on behalf of Debtor Daniel A Rostein jcorbettlaw@aol.com
         John A Lipinsky    on behalf of Creditor   Roberts & Associates jlipinsky@comananderson.com,
           khaskell@comananderson.com;tmaurer@comananderson.com
```

```
District/off: 0752-1          User: lhuley                Page 3 of 3               Date Rcvd: Sep 30, 2013
                              Form ID: pdf006             Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John M Brom     on behalf of Creditor   VHS of Illinois, Inc. d/b/a MacNeal Hospital
               jbrom@querrey.com,   dkastner@querrey.com;dnuding@querrey.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard J Mason    rmason@mcguirewoods.com,   IL54@ecfcbis.com
              Timothy M Swanson    on behalf of Creditor   Community Bank of Oak Park River Forest
               tswanson@stinson.com
                                                                                             TOTAL: 11
```