# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ROSTEIN, DANIEL A § Case No. 11-14185
§
§
Debtor(s) §

# AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 04, 2011. The undersigned trustee was appointed on April 04, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         174,207.86

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 90,837.67 |
| Administrative expenses | 945.41 |
| Bank service fees | 2,655.72 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 79,769.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/06/2011 and the deadline for filing governmental claims was 10/06/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,918.51.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,918.51, for a total compensation of $7,918.51.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/13/2013           By: /s/RICHARD J. MASON
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-14185  
**Case Name:** ROSTEIN, DANIEL A  

**Period Ending:** 12/13/13

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 04/04/11 (f)  
**§341(a) Meeting Date:** 05/18/11  
**Claims Bar Date:** 10/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Orig. Asset Memo: Imported from original petition Doc# 15 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 2 | Furniture, kitchenwares, 2 TVs, computer, audio<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 3,200.00 | 3,200.00 | | 0.00 | FA |
| 3 | Orig. Asset Memo: Imported from original petition Doc# 15 | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Orig. Asset Memo: Imported from original petition Doc# 15 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5 | Watch<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 100.00 | 100.00 | | 0.00 | FA |
| 6 | 2 Nikon cameras<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Term life insurance policy<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Tamar, Ltd. (defunct) Daniel A Rostein, M.D., S.<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 500.00 | | 0.00 | FA |
| 9 | Potential claim against Community Bank OPRF for<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 57,000.00 | 57,000.00 | | 13,500.00 | FA |
| 10 | Pati ent lists of Tamar, Ltd. & Daniel A Rostein<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 Toyota Ray 4 - $13,775.00 (daughter's); 200<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 20,975.00 | 20,975.00 | | 0.00 | FA |
| 12 | Pet Dog | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-14185  
**Case Name:** ROSTEIN, DANIEL A

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 04/04/11 (f)  
**§341(a) Meeting Date:** 05/18/11

**Period Ending:** 12/13/13

**Claims Bar Date:** 10/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 13 | Net Proceeds of Sale of the Naples Property (u) | 0.00 | 0.00 | | 134,432.19 | FA |
| 14 | Tax Refund (u) | 0.00 | 0.00 | | 16,271.72 | FA |
| 15 | Sale of 730 N. Oak, Hinsdale, IL (u) | Unknown | N/A | | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.95 | Unknown |
| 16 | **Assets** Totals (Excluding unknown values) | **$84,875.00** | **$84,875.00** | | **$174,207.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** August 31, 2012  **Current Projected Date Of Final Report (TFR):** November 1, 2013

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-14185 | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|
| Case Name: | ROSTEIN, DANIEL A | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******31-65 - Checking Account |
| Taxpayer ID #: | **-***4947 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/13/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/11 | {13} | STETLER & SKRIVAN | Bank of Naples | 1249-000 | 131,515.09 | | 131,515.09 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 131,515.12 |
| 07/06/11 | 1001 | Judith Guitelman | Interim Distribution | 5100-000 | | 25,000.00 | 106,515.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.95 | | 106,516.07 |
| 08/16/11 | 1002 | Schiller DuCanto & Fleck LLP | Net Proceeds of Sale of the Naples Property | 7100-000 | | 21,230.00 | 85,286.07 |
| 08/16/11 | 1003 | Judith Guitelman | Net Proceeds of Sale of the Naples Property | 5100-000 | | 34,607.67 | 50,678.40 |
| 08/24/11 | {13} | Daniel A. Rostein | For Payment of Escrow to Mortgagor | 1249-000 | 2,917.10 | | 53,595.50 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.73 | | 53,596.23 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.44 | | 53,596.67 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.76 | 53,515.91 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.45 | | 53,516.36 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 106.30 | 53,410.06 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.43 | | 53,410.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 117.07 | 53,293.42 |
| 12/15/11 | {14} | Daniel A. Rostein | | 1224-000 | 1,500.00 | | 54,793.42 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.45 | | 54,793.87 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.94 | 54,682.93 |
| 01/09/12 | {14} | Daniel A. Rostein | | 1224-000 | 1,500.00 | | 56,182.93 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.47 | | 56,183.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 121.69 | 56,061.71 |
| 02/09/12 | {14} | Daniel A Rostein | | 1224-000 | 1,500.00 | | 57,561.71 |
| 02/09/12 | 1004 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #11-14185  Voided on 02/09/12 | 2300-000 | | ! 624.07 | 56,937.64 |
| 02/09/12 | 1004 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #11-14185  Voided: check issued on 02/09/12 | 2300-000 | | ! -624.07 | 57,561.71 |
| 02/09/12 | 1005 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #11-14185, Bond #016026455 | 2300-000 | | 612.16 | 56,949.55 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 112.36 | 56,837.19 |
| 03/07/12 | {14} | Daniel A. Rostein | Tax Refund | 1224-000 | 1,500.00 | | 58,337.19 |
| 03/29/12 | {14} | Daniel A Rostein | Tax Refund | 1224-000 | 1,500.00 | | 59,837.19 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.31 | 59,718.88 |
| 04/03/12 | {14} | Daniel A Rostein | Tax Refund Payment | 1224-000 | 1,500.00 | | 61,218.88 |

Subtotals :          $143,436.14          $82,217.26

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 12/13/2013 04:07 PM   V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-14185 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | ROSTEIN, DANIEL A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******31-65 - Checking Account |
| Taxpayer ID #: | **-***4947 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/13/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/12/12 | {15} | Judith Guitelman | | 1223-000 | 10,000.00 | | 71,218.88 |
| 04/20/12 | {14} | Daniel A. Rostein | Tax Refund | 1224-000 | 3,000.00 | | 74,218.88 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 132.02 | 74,086.86 |
| 05/01/12 | 1006 | Roberts and Associates PC | | 7100-000 | | 10,000.00 | 64,086.86 |
| 05/17/12 | {14} | Daniel A. Rostein | 2010 Tax Refund | 1224-000 | 2,453.00 | | 66,539.86 |
| 05/17/12 | {14} | Daniel A. Rostein | 2011 Tax Refund | 1224-000 | 1,818.72 | | 68,358.58 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.09 | 68,203.49 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 135.10 | 68,068.39 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 148.78 | 67,919.61 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 143.81 | 67,775.80 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 129.62 | 67,646.18 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 152.47 | 67,493.71 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 138.30 | 67,355.41 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 67,355.41 | 0.00 |
| | | | ACCOUNT TOTALS | | 160,707.86 | 160,707.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 67,355.41 | |
| | | | **Subtotal** | | 160,707.86 | 93,352.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$160,707.86** | **$93,352.45** | |

{} Asset reference(s)

Printed: 12/13/2013 04:07 PM    V.13.13

Case 11-14185 Doc 99 Filed 12/13/13 Entered 12/13/13 16:23:36 Desc Main
Document Page 7 of 10

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-14185 | | **Trustee:** | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ROSTEIN, DANIEL A | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****524866 - Checking Account |
| **Taxpayer ID #:** | **-***4947 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/13/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 67,355.41 | | 67,355.41 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.17 | 67,265.24 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.40 | 67,158.84 |
| 02/18/13 | {9} | Community Bank of Oak Park River Forest | | 1129-000 | 13,500.00 | | 80,658.84 |
| 02/21/13 | 11007 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #11-14185, Bond #016026455 | 2300-000 | | 333.25 | 80,325.59 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.96 | 80,229.63 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.55 | 80,118.08 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.91 | 79,995.17 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.89 | 79,876.28 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.22 | 79,769.06 |
| | | | **ACCOUNT TOTALS** | | 80,855.41 | 1,086.35 | **$79,769.06** |
| | | | Less: Bank Transfers | | 67,355.41 | 0.00 | |
| | | | **Subtotal** | | 13,500.00 | 1,086.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,500.00** | **$1,086.35** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******31-65 | 160,707.86 | 93,352.45 | 0.00 |
| Checking # ****524866 | 13,500.00 | 1,086.35 | 79,769.06 |
| | $174,207.86 | $94,438.80 | $79,769.06 |

{} Asset reference(s)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-14185
Case Name: ROSTEIN, DANIEL A
Trustee Name: RICHARD J. MASON

**Balance on hand:** $ 79,769.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 19S | BMO Harris Bank, N.A. | 570,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 79,769.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 7,918.51 | 0.00 | 7,918.51 |
| Trustee, Expenses - RICHARD J. MASON | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee, Fees - DiMonte & Lizak, LLC | 46,000.00 | 0.00 | 46,000.00 |
| Attorney for Trustee, Expenses - DiMonte & Lizak, LLC | 275.06 | 0.00 | 275.06 |

Total to be paid for chapter 7 administration expenses: $ 54,193.57
Remaining balance: $ 25,575.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 25,575.49

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $100,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | John P Bensfield-Claim No. 11 is a higher priority | 0.00 | 0.00 | 0.00 |
| 11 | Judy Guitelman - See DKT #57, Paragraphs 3 & 4 | 100,000.00 | 59,607.67 | 25,575.49 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 25,575.49 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 574,287.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Porsche Financial Services | 41,620.18 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 13,441.47 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 14,175.00 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 26,385.76 | 0.00 | 0.00 |
| 6 | The Medical Protective Company | 9,913.00 | 0.00 | 0.00 |
| 7 | Capital Recovery V, LLC | 4,233.87 | 0.00 | 0.00 |
| 8 | American Express Bank, FSB | 2,731.29 | 0.00 | 0.00 |
| 9 | American Express Centurion Bank | 1,567.83 | 0.00 | 0.00 |
| 10 | Roberts and Associates PC - See DKT #57, Par. 2 | 42,416.27 | 10,000.00 | 0.00 |
| 12 | Schiller DuCanto and Fleck LLP - See DKT# 57, Par. 3, 4 | 55,000.00 | 21,230.00 | 0.00 |
| 13 | Scott, Horewitch, Pidgeon & Abrams, LLC-See DKT #57,par. 3,4 | 9,000.00 | 0.00 | 0.00 |
| 14 | Kamensky Rubinstein Hochman and Delott | 3,079.59 | 0.00 | 0.00 |
| 15 | Henry Schein | 3,310.59 | 0.00 | 0.00 |
| 16 | Hologic LP | 15,617.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 17 | Community Bank of Oak Park River Forest | 213,684.54 | 0.00 | 0.00 |
| 18 | VHS of Illinois Inc dba MacNeal Hospital | 98,938.36 | 0.00 | 0.00 |
| 19U | BMO Harris Bank, N.A. | 16,872.53 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**