**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ROSTEIN, DANIEL A                    § Case No. 11-14185
                                            §
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $27,875.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $116,413.16 | Claims Discharged Without Payment: $543,057.28 |
| Total Expenses of Administration: $57,794.70 | |

   3) Total gross receipts of $ 174,207.86  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $174,207.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $570,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 57,794.70 | 57,794.70 | 57,794.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 205,931.59 | 100,000.00 | 85,183.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 584,287.18 | 574,287.28 | 31,230.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,418,013.47 | $732,081.98 | $174,207.86 |

4) This case was originally filed under Chapter 7 on April 04, 2011. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/04/2014          By: /s/RICHARD J. MASON
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential claim against Community Bank OPRF for | 1129-000 | 13,500.00 |
| Net Proceeds of Sale of the Naples Property | 1249-000 | 134,432.19 |
| Tax Refund | 1224-000 | 16,271.72 |
| Sale of 730 N. Oak, Hinsdale, IL | 1223-000 | 10,000.00 |
| Interest Income | 1270-000 | 3.95 |
| **TOTAL GROSS RECEIPTS** | | **$174,207.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19S | BMO Harris Bank, N.A. | 4110-000 | N/A | 570,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$570,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 7,918.51 | 7,918.51 | 7,918.51 |
| RICHARD J. MASON | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| DiMonte & Lizak, LLC | 3210-000 | N/A | 46,000.00 | 46,000.00 | 46,000.00 |
| DiMonte & Lizak, LLC | 3220-000 | N/A | 275.06 | 275.06 | 275.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 80.76 | 80.76 | 80.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 106.30 | 106.30 | 106.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 117.07 | 117.07 | 117.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 110.94 | 110.94 | 110.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 121.69 | 121.69 | 121.69 |
| International Sureties, LTD. | 2300-000 | N/A | 612.16 | 612.16 | 612.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 112.36 | 112.36 | 112.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 118.31 | 118.31 | 118.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 132.02 | 132.02 | 132.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 155.09 | 155.09 | 155.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 135.10 | 135.10 | 135.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 148.78 | 148.78 | 148.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 143.81 | 143.81 | 143.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 129.62 | 129.62 | 129.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 152.47 | 152.47 | 152.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 138.30 | 138.30 | 138.30 |
| Rabobank, N.A. | 2600-000 | N/A | 90.17 | 90.17 | 90.17 |
| Rabobank, N.A. | 2600-000 | N/A | 106.40 | 106.40 | 106.40 |
| International Sureties, LTD. | 2300-000 | N/A | 333.25 | 333.25 | 333.25 |
| Rabobank, N.A. | 2600-000 | N/A | 95.96 | 95.96 | 95.96 |
| Rabobank, N.A. | 2600-000 | N/A | 111.55 | 111.55 | 111.55 |
| Rabobank, N.A. | 2600-000 | N/A | 122.91 | 122.91 | 122.91 |
| Rabobank, N.A. | 2600-000 | N/A | 118.89 | 118.89 | 118.89 |
| Rabobank, N.A. | 2600-000 | N/A | 107.22 | 107.22 | 107.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $57,794.70 | $57,794.70 | $57,794.70 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | John P Bensfield-Claim No. 11 is a higher priority | 5800-000 | N/A | 2,440.00 | 0.00 | 0.00 |
| 11 | Judy Guitelman - See DKT #57, Paragraphs 3 & 4 | 5100-000 | N/A | 203,491.59 | 100,000.00 | 85,183.16 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $205,931.59 | $100,000.00 | $85,183.16 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Porsche Financial Services | 7100-000 | N/A | 41,620.18 | 41,620.18 | 0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 13,441.47 | 13,441.47 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 14,175.00 | 14,175.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 26,385.76 | 26,385.76 | 0.00 |
| 6 | The Medical Protective Company | 7100-000 | N/A | 9,913.00 | 9,913.00 | 0.00 |
| 7 | Capital Recovery V, LLC | 7100-000 | N/A | 4,233.87 | 4,233.87 | 0.00 |
| 8 | American Express Bank, FSB | 7100-000 | N/A | 2,731.29 | 2,731.29 | 0.00 |
| 9 | American Express Centurion Bank | 7100-000 | N/A | 1,567.83 | 1,567.83 | 0.00 |
| 10 | Roberts and Associates PC - See DKT #57, Par. 2 | 7100-000 | N/A | 52,416.17 | 42,416.27 | 10,000.00 |
| 12 | Schiller DuCanto and Fleck LLP - See DKT# 57, Par. 3, 4 | 7100-000 | N/A | 55,000.00 | 55,000.00 | 21,230.00 |
| 13 | Scott, Horewitch, Pidgeon & Abrams, LLC-See DKT #57,par. | 7100-000 | N/A | 9,000.00 | 9,000.00 | 0.00 |
| 14 | Kamensky Rubinstein Hochman and Delott | 7100-000 | N/A | 3,079.59 | 3,079.59 | 0.00 |
| 15 | Henry Schein | 7100-000 | N/A | 3,310.59 | 3,310.59 | 0.00 |
| 16 | Hologic LP | 7100-000 | N/A | 15,617.00 | 15,617.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Community Bank of Oak Park River Forest | 7100-000 | N/A | 215,984.54 | 215,984.54 | 0.00 |
| 18 | VHS of Illinois Inc dba MacNeal Hospital | 7100-000 | N/A | 98,938.36 | 98,938.36 | 0.00 |
| 19U | BMO Harris Bank, N.A. | 7100-000 | N/A | 16,872.53 | 16,872.53 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $584,287.18 | $574,287.28 | $31,230.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-14185
**Case Name:** ROSTEIN, DANIEL A

**Trustee:** (330470)  RICHARD J. MASON
**Filed (f) or Converted (c):** 04/04/11 (f)
**§341(a) Meeting Date:** 05/18/11

**Period Ending:** 06/04/14

**Claims Bar Date:** 10/06/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Orig. Asset Memo: Imported from original petition Doc# 15 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 2   Furniture, kitchenwares, 2 TVs, computer, audio  Orig. Asset Memo: Imported from original petition Doc# 15 | 3,200.00 | 3,200.00 | | 0.00 | FA |
| 3   Orig. Asset Memo: Imported from original petition Doc# 15 | 100.00 | 100.00 | | 0.00 | FA |
| 4   Orig. Asset Memo: Imported from original petition Doc# 15 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5   Watch  Orig. Asset Memo: Imported from original petition Doc# 15 | 100.00 | 100.00 | | 0.00 | FA |
| 6   2 Nikon cameras  Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 500.00 | | 0.00 | FA |
| 7   Term life insurance policy  Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 8   Tamar, Ltd. (defunct) Daniel A Rostein, M.D., S.  Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 500.00 | | 0.00 | FA |
| 9   Potential claim against Community Bank OPRF for  Orig. Asset Memo: Imported from original petition Doc# 15 | 57,000.00 | 57,000.00 | | 13,500.00 | FA |
| 10  Pati ent lists of Tamar, Ltd. & Daniel A Rostein  Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 11  2006 Toyota Ray 4 - $13,775.00 (daughter's); 200  Orig. Asset Memo: Imported from original petition Doc# 15 | 20,975.00 | 20,975.00 | | 0.00 | FA |
| 12  Pet Dog | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-14185  
**Case Name:** ROSTEIN, DANIEL A  

**Period Ending:** 06/04/14

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 04/04/11 (f)  
**§341(a) Meeting Date:** 05/18/11  
**Claims Bar Date:** 10/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 15 |  |  |  |  |  |
| 13 | Net Proceeds of Sale of the Naples Property (u) | 0.00 | 0.00 |  | 134,432.19 | FA |
| 14 | Tax Refund (u) | 0.00 | 0.00 |  | 16,271.72 | FA |
| 15 | Sale of 730 N. Oak, Hinsdale, IL (u) | Unknown | N/A |  | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 3.95 | FA |
| 16 | **Assets Totals** (Excluding unknown values) | **$84,875.00** | **$84,875.00** |  | **$174,207.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

We will file a TDR.

**Initial Projected Date Of Final Report (TFR):** August 31, 2012      **Current Projected Date Of Final Report (TFR):** September 27, 2013 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 11-14185  
**Case Name:** ROSTEIN, DANIEL A  

**Taxpayer ID #:** **-***4947  
**Period Ending:** 06/04/14  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******31-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/11 | {13} | STETLER & SKRIVAN | Bank of Naples | 1249-000 | 131,515.09 | | 131,515.09 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 131,515.12 |
| 07/06/11 | 1001 | Judith Guitelman | Interim Distribution | 5100-000 | | 25,000.00 | 106,515.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.95 | | 106,516.07 |
| 08/16/11 | 1002 | Schiller DuCanto & Fleck LLP | Net Proceeds of Sale of the Naples Property | 7100-000 | | 21,230.00 | 85,286.07 |
| 08/16/11 | 1003 | Judith Guitelman | Net Proceeds of Sale of the Naples Property | 5100-000 | | 34,607.67 | 50,678.40 |
| 08/24/11 | {13} | Daniel A. Rostein | For Payment of Escrow to Mortgagor | 1249-000 | 2,917.10 | | 53,595.50 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.73 | | 53,596.23 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 53,596.67 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.76 | 53,515.91 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 53,516.36 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 106.30 | 53,410.06 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 53,410.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 117.07 | 53,293.42 |
| 12/15/11 | {14} | Daniel A. Rostein | | 1224-000 | 1,500.00 | | 54,793.42 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 54,793.87 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.94 | 54,682.93 |
| 01/09/12 | {14} | Daniel A. Rostein | | 1224-000 | 1,500.00 | | 56,182.93 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 56,183.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 121.69 | 56,061.71 |
| 02/09/12 | {14} | Daniel A Rostein | | 1224-000 | 1,500.00 | | 57,561.71 |
| 02/09/12 | 1004 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #11-14185<br>Voided on 02/09/12 | 2300-000 | | ! 624.07 | 56,937.64 |
| 02/09/12 | 1004 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #11-14185<br>Voided: check issued on 02/09/12 | 2300-000 | | ! -624.07 | 57,561.71 |
| 02/09/12 | 1005 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #11-14185, Bond #016026455 | 2300-000 | | 612.16 | 56,949.55 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 112.36 | 56,837.19 |
| 03/07/12 | {14} | Daniel A. Rostein | Tax Refund | 1224-000 | 1,500.00 | | 58,337.19 |
| 03/29/12 | {14} | Daniel A Rostein | Tax Refund | 1224-000 | 1,500.00 | | 59,837.19 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.31 | 59,718.88 |
| 04/03/12 | {14} | Daniel A Rostein | Tax Refund Payment | 1224-000 | 1,500.00 | | 61,218.88 |

Subtotals :  $143,436.14     $82,217.26

{} Asset reference(s)     !-Not printed or not transmitted

Printed: 06/04/2014 04:34 PM     V.13.14

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-14185  
**Case Name:** ROSTEIN, DANIEL A

**Taxpayer ID #:** **-***4947  
**Period Ending:** 06/04/14

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******31-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/12/12 | {15} | Judith Guitelman | | 1223-000 | 10,000.00 | | 71,218.88 |
| 04/20/12 | {14} | Daniel A. Rostein | Tax Refund | 1224-000 | 3,000.00 | | 74,218.88 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 132.02 | 74,086.86 |
| 05/01/12 | 1006 | Roberts and Associates PC | | 7100-000 | | 10,000.00 | 64,086.86 |
| 05/17/12 | {14} | Daniel A. Rostein | 2010 Tax Refund | 1224-000 | 2,453.00 | | 66,539.86 |
| 05/17/12 | {14} | Daniel A. Rostein | 2011 Tax Refund | 1224-000 | 1,818.72 | | 68,358.58 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.09 | 68,203.49 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 135.10 | 68,068.39 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 148.78 | 67,919.61 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 143.81 | 67,775.80 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 129.62 | 67,646.18 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 152.47 | 67,493.71 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 138.30 | 67,355.41 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 67,355.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 160,707.86 | 160,707.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 67,355.41 | |
| | | | **Subtotal** | | 160,707.86 | 93,352.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$160,707.86** | **$93,352.45** | |

{} Asset reference(s)

Printed: 06/04/2014 04:34 PM    V.13.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 11-14185 | | Trustee: | RICHARD J. MASON (330470) |
| Case Name: | ROSTEIN, DANIEL A | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***4947 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/04/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 67,355.41 | | 67,355.41 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.17 | 67,265.24 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.40 | 67,158.84 |
| 02/18/13 | {9} | Community Bank of Oak Park River Forest | | 1129-000 | 13,500.00 | | 80,658.84 |
| 02/21/13 | 11007 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #11-14185, Bond #016026455 | 2300-000 | | 333.25 | 80,325.59 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.96 | 80,229.63 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.55 | 80,118.08 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.91 | 79,995.17 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.89 | 79,876.28 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.22 | 79,769.06 |
| 12/19/13 | 11008 | DiMonte & Lizak, LLC | | | | 46,275.06 | 33,494.00 |
| | | | 46,000.00 | 3210-000 | | | 33,494.00 |
| | | | 275.06 | 3220-000 | | | 33,494.00 |
| 12/19/13 | 11009 | RICHARD J. MASON | | 2100-000 | | 7,918.51 | 25,575.49 |
| 12/19/13 | 11010 | Judy Guitelman | Stopped on 03/04/14 | 5100-000 | | 25,575.49 | 0.00 |
| 03/04/14 | 11010 | Judy Guitelman | Stopped: check issued on 12/19/13 | 5100-000 | | -25,575.49 | 25,575.49 |
| 03/12/14 | 11011 | Judy Guitelman | | 5100-000 | | 25,575.49 | 0.00 |
| | | ACCOUNT TOTALS | | | 80,855.41 | 80,855.41 | $0.00 |
| | | Less: Bank Transfers | | | 67,355.41 | 0.00 | |
| | | Subtotal | | | 13,500.00 | 80,855.41 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $13,500.00 | $80,855.41 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******31-65 | 160,707.86 | 93,352.45 | 0.00 |
| Checking # ******4866 | 13,500.00 | 80,855.41 | 0.00 |
| | $174,207.86 | $174,207.86 | $0.00 |

{} Asset reference(s)                                                                                                                     Printed: 06/04/2014 04:34 PM    V.13.14